MSF
Meister Seelig & Fein PLLC

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

February 11, 2026

**VIA ECF**

Hon. Vera M. Scanlon
United States Chief Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
1214 South
Brooklyn, NY 11201

**Re: *United States v. Yehuda Ringel*, 25-mj-00167**

Dear Chief Judge Scanlon:

We represent defendant Yehuda Ringel in the above-captioned case. We write to respectfully request a modification of Mr. Ringel's bond to permit him to move houses to the following address: [redacted]. All other conditions of Mr. Ringel's bond will remain the same.

We have conferred with counsel for the government, and Pretrial Services who have no objection to this request.

Respectfully submitted,

/s/ IH
Ilana Haramati
Meister Seelig & Fein PLLC
125 Park Avenue, Suite 700
New York, New York 10017

*Counsel for Defendant Yehuda Ringel*

cc: Counsel of Record (*via ECF*)
Pretrial Services (*via Email*)