MSF
Meister Seelig & Fein PLLC

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

February 12, 2026

**<u>VIA ECF</u>**

Hon. Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *United States v. Yehuda Ringel*, 25-mj-00167**

Dear Judge Marutollo:

We represent defendant Yehuda Ringel in the above-captioned case. We write in response to the Court's order dated February 11, 2026, to provide the Court with further information regarding Mr. Ringel's bail modification request.

Specifically, we request modification of Mr. Ringel's bond to permit him to move houses to the following address: [redacted]. As Pretrial Services and the government are aware, Mr. Ringel will reside with his wife (who is over 18 years old), and with his two children (ages 2 and 5). With consent of Pretrial Services, Mr. Ringel has lived with his wife and children since September 2025 shortly after his release. Following the Court's order, we once again conferred with counsel for the government, and Pretrial Services, and they continue to have no objection to this request.

Furthermore, once he moves to his new address in Staten Island, Mr. Ringel will have no need to travel to the District of New Jersey. His travel will be restricted to the Eastern District of New York, and the Southern District of New York (where his healthcare provider and counsel's office are located). All other conditions of Mr. Ringel's bond will remain the same. On this matter, counsel for the government and Pretrial Services likewise have no objection to this request.

Respectfully submitted,

/s/ IH

Ilana Haramati
Meister Seelig & Fein PLLC
125 Park Avenue, Suite 700
New York, New York 10017

*Counsel for Defendant Yehuda Ringel*

cc: Counsel of Record (*via ECF*)
Pretrial Services (*via Email*)