

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

March 30, 2026

**VIA ECF**

Hon. Ramon E. Reyes Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 2E North
Brooklyn, NY 11201

> **Re:** *United States v. Yehuda Ringel*, **26-cr-44**

Dear Judge Reyes:

We represent defendant Yehuda Ringel in the above-captioned case. We write to respectfully request temporary modifications of Mr. Ringel's conditions of pretrial release to permit him to attend Passover observances and meals at his brother's home, which is around the corner from Mr. Ringel's home. No unsupervised minors will attend these Passover observances. The dates of the observances and meals at Mr. Ringel's brother's home are as follows:

- The first night of Passover observance ("Seder"), beginning April 1, 2026 at 9 p.m., and extending five hours through April 2, 2026 at 2 a.m.

- The second night of Passover observance ("Seder"), beginning April 2, 2026 at 9 p.m., and extending five hours through April 3, 2026 at 2 a.m.

- Mid-day observance and meal on the seventh day of Passover, April 8, 2026 from 12:15 p.m. through 3 p.m.

- Mid-day observance and meal on the eighth day of Passover, April 9, 2026 from 12:15 p.m. through 3 p.m.

All other conditions of Mr. Ringel's bond will remain the same. I have consulted with Pretrial Serves and counsel for the government who have no objection to these requests.

Respectfully submitted,

/s/ IH
Ilana Haramati

*Counsel for Defendant Yehuda Ringel*

cc: Pretrial Services (*via Email*)