# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

United States of America
v.
YEHUDA RINGEL
*Defendant*

Case No. 26 CR 44

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/31/2026

*Defendant's signature*

*Signature of defendant's attorney*

ILANA HARAMATI
*Printed name of defendant's attorney*

3/31/26

s/Vera M Scanlon
*Judge's signature*

Chief Magistrate Judge Vera M. Scanlon
*Judge's printed name and title*