UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------x

UNITED STATES OF AMERICA,

- against -

Yelinda Rangel
Defendant.

---------------------------------x

No. 26 Crim. 44 (RER) (VMS)

**Vera M. Scanlon, United States Chief Magistrate Judge:**

**CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES CHIEF MAGISTRATE JUDGE VERA M. SCANLON**

United States Chief Magistrate Judge Vera M. Scanlon has informed me of my right to have my plea taken before a United States District Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Chief Magistrate Judge Vera M. Scanlon.

______________________
Defendant

______________________
Attorney for Defendant Ilana Haramati

By: Molly Delaney
Assistant United States Attorney

Dated: March 31, 2026
Brooklyn, New York

s/Vera M Scanlon
3/31/26.