**DOCKET NUMBER:** 1:26-cr-00044-RER-VMS-1 **CRIMINAL CAUSE FOR:** Waiver of Indictment/Change of Plea

**VERA M. SCANLON, U.S.M.J.** **DATE:** 3/31/2026 **TIME IN COURT:** 1.5 **hours**

**DEFENDANT NAME(S):** Yehuda Ringel

X Present ____ Not Present ____ In Custody x Not In Custody

**DEFENSE COUNSEL:** Ilana Haramati

____ Federal Defender ____ CJA x Retained

**AUSA:** Molly Neilen Delaney

X Pretrial/Probation: Tara Sarnelli
X Court Reporter: Victoria Torres Butler
____ Arraignment
X Change of Plea
____ In Chambers Conference
____ Pre-Trial Conference
____ Initial Appearance
____ Status Conference
____ Telephone Conference
____ Motion Hearing – evidentiary
____ Other Hearing: ____
X Case Called
X Defendant Sworn

x Interpreter/Language: Meir Turner, Hebrew
____ ESR Log Nos.: ____
____ Revocation of Probation – non-contested
____ Revocation of Probation – contested
____ Sentencing – non-evidentiary
____ Sentencing – contested
____ Revocation of Supervised Rel. – evidentiary
____ Revocation of Supervised Rel. – non-evidentiary
____ Jury Selection
____ Voir Dire Begun
____ Voir Dire Held
X Rule 5(f) Notice
X Defendant Informed of Rights

X Waiver of Indictment executed
X Defendant consents orally and in writing to have plea taken by a U.S. Magistrate Judge after being advised of the right to have the plea taken before a U.S. District Judge.
X Defendant withdraws not guilty plea and enters plea of guilty as stated on the record
X Court finds factual basis for the plea
X Based on the proceedings held in open court, it is respectfully recommended that the Court: (1) find the plea of guilty was made knowingly, and is voluntary and uncoerced; (2) find that there is a factual basis for the plea; and (3) accept the plea.
____ Defendant through counsel waived the right to appear in person and consented to proceed remotely with the advice of Counsel.
X Sentencing set for: September 3, 2026 at 11:00 AM in Courtroom 2E before Judge Reyes.
____ An application for an Order of Excludable Delay was made on the record.
____ Order of Excludable Delay entered from ____ until ____
____ Order of Temporary Detention entered

**TEXT**

A conference on the Pretrial request for a hearing was held in Courtroom 2A South. After discussion, Defendant confirmed his willingness to participate in the PTS referred psychological exam. The Court directed PTS to coordinate a service provider and Hebrew language interpreter so Defendant can proceed with the assessment and possible treatment. Defendant's counsel will coordinate with PTS. PTS indicated that no additional relief was sought at this time. Defendant was sworn in and informed of his rights. Defendant waived his right to an indictment, and agreed to proceed by information. Defendant executed a written waiver of indictment. Defendant was informed of the charge and entered a plea of not guilty to the sole count in the information. Government given 5(f) notice. Information and waiver of indictment filed separately. Defendant, defense counsel and the AUSA consented to have the plea taken before Magistrate Judge Vera M. Scanlon. Consent filed separately. Defendant withdrew his plea of not guilty and pleaded guilty to the single charge of Possession of Child Pornography. Magistrate Judge Vera M. Scanlon respectfully recommends that the plea of guilty be accepted. The Government will maintain Court Ex. 1, which is the plea