# Exhibit A

# Personal Letter in Advance of Sentencing

Yehuda Ringel

---

**Your Honor,**

My name is Yehuda Ringel, and I write in advance of sentencing to share honestly what I have learned during this period and the path I hope to follow from here.

This period has forced me to stop and look honestly at myself, my responsibility, and the consequences of the actions and choices that brought me here. I am deeply sorry and ashamed of my actions. As a father, it pains me especially to understand that my actions contributed to an environment in which young children can be victimized. When I look at my own children, I understand even more deeply my responsibility to protect them, teach them, and create a safe and protected environment for them.

I also understand that the price of my actions was not mine alone. My wife, my children, my brothers and sisters, and the family around me have carried a heavy burden with me. [redacted] Seeing their pain has made me understand that my responsibility as a father is not limited to loving and providing for them; it also includes the choices I make and the sense of safety I create around them.

The months when I was incarcerated at MDC Brooklyn were some of the hardest of my life. I was separated from my family, and I knew that my wife and sons were suffering daily because of my actions and the situation I had brought upon us. My limited English made me particularly vulnerable. At times, I was given instructions that I could not understand, and when I failed to respond correctly, I was subjected to yelling and severe humiliation in front of others.

On one occasion, while I was walking through the common area, I passed another inmate and my elbow or arm apparently brushed against him accidentally. It was completely incidental contact. Other inmates who were present began encouraging him to react and escalate the situation. In that moment, I felt as though I had become an easy target - a foreigner with limited English whom others could provoke and intimidate. In that atmosphere, the inmate took out a razor blade, cut me near my wrist, close to my veins, and threatened to remain there and watch me bleed to death.

On another occasion, an inmate who did not want to share a room with another person pulled me from the top bunk and threw me to the floor. In another incident, an inmate cursed and humiliated me and then struck me forcefully in the face, breaking two of my teeth, which remain unrepaired. Food also sometimes became a means of

mistreatment. Because I previously underwent gastric-reduction surgery, I need to eat small amounts more frequently. A person sharing my room knew this and would sometimes deliberately take or hide food from me. Together, these experiences created a continuing sense of fear and helplessness.

Even after my release, part of me still felt as though I was there. An unfamiliar sound, a sudden noise, or a knock at the door could immediately bring back the feeling that something bad was about to happen and that I might be harmed. I struggled to fall asleep and sometimes woke in fear from memories and anxiety. One of my deepest fears was losing my family again - being separated from my children, not being there for them, or watching them experience again the pain they had already endured.

At the same time, I remained in the United States, a foreign country to me, far from my home and the life I had built, struggling with the language and without legal authorization to work. My business came to a halt, and eventually my wife also lost her job because her employer could no longer allow her to work remotely. We found ourselves without the sources of income we once had, carrying debt and facing the need to rebuild almost from zero - and I understood that this too was part of the price my family was paying because of my actions.

During my time here, I met with a therapist, and therapy became an important part of my process. I gained a deeper understanding of the reality that that even though I cannot always control what happens around me, I am responsible for how I respond, the choices I make, and the environment I choose to be in. I learned tools, like pausing before acting, identifying situations and environments that are not right for me, establishing clear boundaries for myself, creating structure, and working consistently toward the goals I set.

One of the most important things I have learned is to think differently about safety. For me today, safety means active responsibility: being aware of my surroundings, choosing carefully the people and situations I allow into my life, maintaining boundaries, considering the consequences of my choices, and asking how those choices affect not only me but also my wife and children. As a father, I understand that my responsibility is to be an example, protect my children, and create a home and environment in which they can feel secure. I intend to continue therapy when I return to Israel and to demonstrate this change not only through words, but through my choices and actions over time.

Only a few days ago, my father passed away. In the midst of that grief, I was reminded how short life is and how deeply I want the next chapter of my life to be different. I want to invest my strength in my family, to be a husband my wife can rely on and a present

father whose children feel safe beside him. I want to give my children the emotional presence, love, and security that I often missed in my own childhood.

**Your Honor, I take full responsibility for my actions. I cannot go back and undo the mistakes I have already made, although I deeply wish I could. While I know that I deserve whatever punishment the court sees fit, all I hope for is an opportunity to begin a new chapter. I want to return home to my country with my family, continue therapy, rebuild our livelihood, support my wife, raise my children with responsibility and love, and demonstrate through my actions that I have learned from this period. I know I cannot erase the past, but I hope for the chance to build from it a better, safer, and more responsible future.**

Respectfully,

**Yehuda Ringel**
August 27, 2026

מכתב אישי לקראת גזר הדין
יהודה רינגל

כבוד השופט,

שמי יהודה רינגל, ואני כותב לקראת גזר הדין כדי לשתף בכנות במה שלמדתי בתקופה הזאת ובדרך שבה אני מקווה ללכת מכאן והלאה.

התקופה הזאת הכריחה אותי לעצור ולהסתכל בכנות על עצמי, על האחריות שלי ועל ההשלכות של המעשים והבחירות שהביאו אותי לכאן. אני מצטער מאוד ומתבייש במעשיי. כאבא, כואב לי במיוחד להבין שמעשיי תרמו לסביבה שבה ילדים צעירים עלולים להיפגע. כשאני מסתכל על הילדים שלי, אני מבין עמוק עוד יותר את האחריות שלי להגן עליהם, לחנך אותם וליצור עבורם סביבה בטוחה ומוגנת.

אני גם מבין שהמחיר של מעשיי לא היה שלי בלבד. אשתי, ילדיי, אחיי ואחיותיי והמשפחה שסביבי נשאו איתי נטל כבד [redacted] לראות את הכאב שלהם גרם לי להבין שהאחריות שלי כאבא אינה מסתכמת באהבה ובפרנסה; היא כוללת גם את הבחירות שאני עושה ואת תחושת הביטחון שאני יוצר סביבם.

החודשים שבהם הייתי כלוא ב-MDC Brooklyn היו מהקשים בחיי. הייתי מופרד ממשפחתי, וידעתי שאשתי ובניי סובלים מדי יום בגלל מעשיי והמצב שאליו הבאתי אותנו. האנגלית המוגבלת שלי הפכה אותי לפגיע במיוחד. לעיתים ניתנו לי הוראות שלא הצלחתי להבין, וכאשר לא הגבתי נכון, ספגתי צעקות והשפלות קשות לעיני אחרים.

באחת הפעמים, כשעברתי באזור המשותף, חלפתי ליד אסיר אחר והמרפק או הזרוע שלי כנראה נגעו בו בטעות. זה היה מגע מקרי לחלוטין. אסירים אחרים שהיו במקום החלו לעודד אותו להגיב ולהסלים את המצב. באותו רגע הרגשתי שהפכתי למטרה קלה - זר עם אנגלית מוגבלת שאחרים יכולים להתגרות בו ולהפחיד אותו. באותה אווירה, האסיר הוציא סכין גילוח, חתך אותי סמוך לפרק כף היד, קרוב לוורידים, ואיים להישאר שם ולראות אותי מדמם למוות.

במקרה אחר, אסיר שלא רצה לחלוק חדר עם אדם נוסף משך אותי מהמיטה העליונה והשליך אותי לרצפה. באירוע אחר, אסיר קילל והשפיל אותי ולאחר מכן היכה אותי בחוזקה בפנים ושבר לי שתי שיניים, שעדיין לא תוקנו. גם אוכל הפך לעיתים לאמצעי להתעללות. מכיוון שעברתי בעבר ניתוח להקטנת קיבה, אני צריך לאכול כמויות קטנות בתדירות גבוהה יותר. אדם שחלק איתי את החדר ידע זאת ולעיתים לקח או הסתיר ממני אוכל בכוונה. כל החוויות האלה יחד יצרו תחושה מתמשכת של פחד וחוסר אונים.

גם לאחר שחרורי, חלק ממני עדיין הרגיש כאילו אני שם. קול לא מוכר, רעש פתאומי או דפיקה בדלת יכלו מיד להחזיר את התחושה שמשהו רע עומד לקרות ושאני עלול להיפגע. התקשיתי להירדם ולעיתים התעוררתי בפחד מזיכרונות ומחרדה. אחד הפחדים העמוקים ביותר שלי היה לאבד שוב את משפחתי - להיות מופרד מילדיי, לא להיות שם בשבילם, או לראות אותם עוברים שוב את הכאב שכבר עברו.

במקביל נשארתי בארצות הברית, מדינה זרה עבורי, רחוק מהבית ומהחיים שבניתי, מתמודד עם השפה וללא אישור חוקי לעבוד. העסק שלי נעצר, ובהמשך גם אשתי איבדה את עבודתה משום שמעסיקה לא יכול היה עוד לאפשר לה לעבוד מרחוק. מצאנו את עצמנו בלי מקורות ההכנסה שהיו לנו, עם חובות ועם הצורך לבנות את חיינו כמעט מאפס - והבנתי שגם זה חלק מהמחיר שמשפחתי משלמת בגלל מעשיי.

במהלך שהותי כאן נפגשתי עם מטפל, והטיפול הפך לחלק חשוב בתהליך שלי. הבנתי לעומק שגם אם אינני יכול תמיד לשלוט במה שקורה סביבי, אני אחראי לאופן שבו אני מגיב, לבחירות שאני עושה ולסביבה שבה אני בוחר להיות. למדתי כלים כמו לעצור לפני פעולה, לזהות מצבים וסביבות שאינם נכונים עבורי, להציב לעצמי גבולות ברורים, ליצור מסגרת ולעבוד בעקביות לעבר המטרות שאני מציב לעצמי.

אחד הדברים החשובים ביותר שלמדתי הוא לחשוב אחרת על ביטחון. עבורי היום, ביטחון פירושו אחריות פעילה: להיות מודע לסביבה שלי, לבחור בזהירות את האנשים והמצבים שאני מכניס לחיי, לשמור על גבולות, לחשוב על ההשלכות של הבחירות שלי ולשאול כיצד הן משפיעות לא רק עליי אלא גם על אשתי וילדיי. כאבא, אני מבין

שהאחריות שלי היא לשמש דוגמה, להגן על ילדיי וליצור בית וסביבה שבהם יוכלו להרגיש בטוחים. אני מתכוון להמשיך בטיפול כשאחזור לישראל ולהוכיח את השינוי הזה לא רק במילים, אלא בבחירות ובמעשים שלי לאורך זמן.

רק לפני כמה ימים אבי נפטר. בתוך האבל הזה נזכרתי עד כמה החיים קצרים ועד כמה אני רוצה שהפרק הבא בחיי יהיה שונה. אני רוצה להשקיע את הכוחות שלי במשפחתי, להיות בעל שאשתי יכולה לסמוך עליו ואבא נוכח שילדיו מרגישים בטוחים לצדו. אני רוצה לתת לילדיי את הנוכחות הרגשית, האהבה והביטחון שלעיתים קרובות היו חסרים לי בילדותי.

כבוד השופט, אני לוקח אחריות מלאה על מעשיי. אינני יכול לחזור לאחור ולבטל את הטעויות שכבר עשיתי, אף שהלוואי שיכולתי. אני יודע שאני ראוי לכל עונש שבית המשפט ימצא לנכון, וכל תקוותי היא לקבל הזדמנות לפתוח פרק חדש. אני רוצה לחזור הביתה לארצי עם משפחתי, להמשיך בטיפול, לבנות מחדש את פרנסתנו, לתמוך באשתי, לגדל את ילדיי באחריות ובאהבה ולהוכיח במעשיי שלמדתי מהתקופה הזאת. אני יודע שאינני יכול למחוק את העבר, אך אני מקווה לקבל הזדמנות לבנות ממנו עתיד טוב יותר, בטוח יותר ואחראי יותר.

בכבוד רב,

י. רינגל

יהודה רינגל
27 באוגוסט 2026