# Exhibit B

To:

Whomever It May Concern:

Subject: Personal Recommendation Letter for Yehuda Ringel

My name is Shmuel Friedman. I am writing this letter out of a long acquaintance with Yehuda Ringel, a close friend of mine for over twelve years. **Over the past year, I have also assisted him directly in the boutique catering business he manages.**

Yehuda is an honest, open, sensitive, and warm person. One of those people whose presence immediately conveys generosity and clear principles. He always treats everyone with respect and genuine care: employees, suppliers, clients, and even strangers who seek his help. I've witnessed him interrupt his own daily routine to aid a friend in distress or to provide financial assistance to a family member—often without them knowing it was he who had helped.

I recall a particular incident when we were working together in the catering business, when a woman, clearly in financial distress, came in asking for help. Yehuda was in the kitchen at the time. He immediately went to the oven, took some of the food reserved for the event, and gave it to her generously and without hesitation. He packed several portions, plus extras so she'd have enough for a few days. In his view, helping whenever possible is a way of life.

Even under pressure, Yehuda maintains a calm, respectful approach, as you've seen over the past year. He listens attentively, speaks with kindness, and makes sure to maintain an atmosphere that is positive and pleasant. Conversations with him almost always include mention of his family—his wife and children—who are the center and anchor of his life.

Yehuda also deals with anxiety and pressure, yet he does so with transparency, sharing, and seeking counsel from those close to him, an approach that speaks to his inner integrity and a healthy capacity for emotional resilience.

I would characterize Yehuda in a few words: a man who is all heart, one who is at peace with himself, and who wishes well for everyone.

I am full of hope that this letter will help portray Yehuda's character as it truly is: a moral, organized, sensitive, and honest individual.

Respectfully,

Shmuel Friedman

[redacted]

**לכבוד**

כל גורם רלוונטי

הנדון: מכתב המלצה אישי: יהודה רינגל

**שמי, שמואל פרידמן, כותב מכתב זה מתוך היכרות רבת שנים עם יהודה רינגל, חבר קרוב שלי למעלה מ-12 שנה. בשנה האחרונה גם עזרתי לו ישירות בעסק הקייטרינג הבוטיק שהוא מנהל**

יהודה הוא אדם ישר, פתוח, רגיש וחם. מהאנשים שמורגשת מיד סביבם תחושת לב רחב וערכים ברורים. הוא תמיד מתייחס בכבוד ובאכפתיות לכל אדם: לעובדים, לספקים, ללקוחות, ואף לאנשים שאינם מכיר המבקשים עזרה. ראיתי מקרים שבהם עצר את שגרת יומו כדי לסייע לחבר במצוקה או להעניק עזרה כלכלית לבן משפחה, לרוב מבלי שיידעו שהוא זה שסייע

זכור לי מקרה מסוים, כשעבדנו יחד בקייטרינג, בו פנתה למקום אישה שהיה ניכר שהיא במצוקה כלכלית, וביקשה עזרה. יהודה היה אז במטבח של העסק, ניגש מיד לתנור לקח מהאוכל שיועד לאירוע, ונתן לה בנדיבות וללא היסוס. ארז לה כמה מנות עם תוספת שיהיה לה לכמה ימים, בעיניו לעזור כשאפשר - זו דרך חיים

גם בזמנים לחוצים, יהודה שומר על גישה רגועה ומכבדת כפי שנכחת לראות בשנה האחרונה, הוא מקשיב, מדבר בנועם, ודואג לשמור על אווירה חיובית ונעימה. שיחות איתו כמעט תמיד כוללות גם התייחסות למשפחתו, אשתו וילדיו, שהם המרכז והעוגן בחייו

יהודה מתמודד גם עם חרדות ולחצים, אך עושה זאת בשקיפות, שיתוף והתייעצות עם הקרובים לו, גישה שמעידה על יושרה פנימית ויכולת הכלה בריאה

אגדיר את יהודה בכמה מילים, אדם שכולו לב, אדם שטוב לו, ורוצה שלכולם יהיה טוב

אני מלא בתקווה שמכתב זה יסייע להציג את דמותו של יהודה כפי שהיא באמת: אדם מוסרי, מסודר, רגיש וישר

בכבוד רב

שמואל פרידמן

[redacted]

# Personal Letter in Advance of Sentencing

Bat Sheva Ringel, Wife of Yehuda Ringel

---

**Your Honor,**

My name is Bat Sheva Ringel. I am Yehuda's wife and the mother of our two young children.

I am writing as a wife who deeply loves her husband, as a mother who sees how much her children need their father, and as someone whose family has endured a long and painful period that changed nearly every part of our lives.

Before I describe that period, I hope to give the Court a sense of who we were as a family before everything changed.

Yehuda and I built our lives together over many years. Nothing was handed to us. We worked hard to create a home, a marriage, a family, and a future. Our relationship was built on love, friendship, trust, and mutual respect. Each of us worked to move forward, supported the other, and took genuine joy in the other's success.

Yehuda worked extremely hard to build a successful business. I was proud of him and proud of what he had created. At the same time, he always supported me, encouraged me, and celebrated my own progress. We were a team. When one of us struggled, the other carried more. When one of us succeeded, we both celebrated. We made decisions together, raised our children together, and dreamed together about their future and ours.

Yehuda was always a supportive and involved partner in my professional life as well. On one occasion, during an especially demanding period at work, I was responsible for organizing an important event and hosting guests to a very high standard, and I felt completely overwhelmed by everything I had to manage. When I shared this with Yehuda, he immediately told me, "Your success is my success. Take the burden off your shoulders—I'll take care of everything."

Even though he had a major event of his own that day, he arranged for his employees to handle what was needed and came to my workplace himself with another employee. Within a short time, they had prepared and arranged everything beautifully. The event was a great success, and I received many compliments from the guests as well as from my manager. To me, it was another small but meaningful example of how much of a team we truly were, and how I could always count on him to be there for me.

I also felt like a true partner in Yehuda's business. Before events, I would make sure that the servers and kitchen staff had clean, pressed aprons and shirts, and Yehuda would consult with me about events, menus, and other details. I felt that the business he had built from the ground up was, in many ways, also a part of the life we had built together.

Yehuda also maintained an active social media status where he regularly shared recipes and cooking tips, which received thousands of views. More than once, when I arrived at work, I would hear the women I worked with discussing one of the recipes he had posted. I would feel incredibly proud hearing people speak so positively about his knowledge and talent, knowing how much hard work, dedication, and effort had gone into building the business he created.

To me, Yehuda is much more than a husband. He is my closest friend. He is the first person I want to tell when something good happens and the person I look for when life is difficult. He is my partner in life and the person with whom I built my home.

Above all, he is the father of our children. They grew up with a loving, present, devoted father. Yehuda was part of their everyday lives - from the smallest routines to the important moments. They were used to knowing that their father was there. They loved him, trusted him, and felt safe with him.

Yehuda was involved in every aspect of our children's daily lives. Every morning, he would take them to preschool, making sure they were clean, well-groomed, properly dressed, and had everything they needed. Just before they entered the preschool, he would send me a photo or video of them, simply so I could feel reassured and know that they were in good hands.

On days when he did not have an event, he would ask whether it would make things easier for me if he picked them up at the end of the day. He would often take them to the park, to visit their grandparents, or simply sit and play music with them at home. He created beautiful memories for them—moments that our older son would call "special father-and-son time."

Even on his busiest days, when he had an event, he never gave up his short video call with the children before bedtime. He would wish them good night, tell them how much he loved them, and remind them to be good and make things a little easier for me.

It was precisely in these small, everyday moments that his deep love for our children, his devotion to them, and his constant concern for my well-being were most clearly expressed.

We were a happy family. We had work, a home, routines, plans, and dreams. We looked forward and thought about the years ahead and the future we hoped to build for our children.

**Then, in a single day, our lives changed.**

We traveled together to the United States for what was supposed to be a family trip and to attend Yehuda's brother's wedding. We left Israel as a family - Yehuda, our two children, and me - with luggage, excitement, and plans to return home a few weeks later.

At the airport in the United States, Yehuda was arrested. I left with our children and our luggage, while he remained behind. I still carry the feeling of that moment with me.

The children were with me, but their father was not. I was in a foreign country, frightened and uncertain, with no idea when we would see him again. At first I held on to the hope that it would be only a few days, then a week, then two. I kept telling myself and the children that Daddy would be back soon.

But time passed. Eventually, I had to board a plane with our two children and return to Israel without my husband.

For four and a half months, I had to learn what life looks like when the person with whom you built everything is suddenly no longer beside you. I was alone with two young children, our home, my work, the bills, the responsibilities, and the fear. More than anything, I was left with the absence and the longing.

Even though our children were too young to fully understand what had happened, they felt their father's absence deeply. Our younger son was only two years old at the time. Until that day, he loved going to preschool, but suddenly he began clinging to me with all his strength and refused to separate from me, even for a moment. He developed severe separation anxiety and would not stay with anyone else. At the same time, sores and allergic reactions began appearing on his body. When I took him to the doctor, the doctor told me that it appeared to be an allergic reaction and asked whether the child had recently experienced an emotional event or a significant change at home or at preschool, explaining that it could be related to emotional distress. During that period, I found myself taking him to the doctor approximately every two weeks because of a different issue or symptom that had developed.

Our older son, who had always been an exceptionally happy, sensitive, and intelligent child and was deeply attached to his father, changed before my eyes. He began gaining weight rapidly, became sad and extremely sensitive, cried constantly, and reacted intensely to even the smallest things. The child who had once been grateful for everything and found joy in the simplest things suddenly became frustrated, unhappy, and withdrawn. He also struggled at preschool, and his teachers noticed that he was no longer the same child they had known.

The children did not have the words to explain what they were going through, but their behavior expressed the same heartbreaking cry: "We don't have Daddy. We want our Daddy."

Even now, a year and a half later, I was reminded just how deeply this experience has stayed with them. A few weeks ago, I entered a building in Brooklyn with my younger son. There is a supermarket on the upper floor, and for some reason the building reminded him of the airport. He suddenly held onto me tightly and began crying, saying that he did not want to go into the "airport" because "they took Daddy away from us." I stood there with tears in my eyes. I could not believe that this memory was still so deeply etched in his mind. It is incredibly painful for me to know that, even today, our children continue to carry such profound emotional scars from the time when we were without Yehuda.

Yehuda was responsible for all of our household finances—our bills, payments, and dealings with the bank. He always made sure that everything was paid on time and handled properly, and I was hardly involved in these matters; I did not even know our bank account number. Suddenly, I had to manage everything on my own—our rent, electricity, water, property taxes, and all of our other bills—without even knowing how to navigate these responsibilities.

The pressure and responsibility were overwhelming. I spent countless sleepless nights, and after the children went to sleep, I would find myself alone, breaking down and crying, simply wishing and praying for this painful period to finally come to an end.

Our children looked for their father. They asked when he was coming home. They missed him and could not understand why the father who had been such a natural part of their lives was suddenly gone. I had to be strong for them even when I did not feel strong at all.

During that period, I often did not know what the right thing to do was—whether to let the children speak with Yehuda or to spare them the call, because they would become extremely emotional and upset afterward. Yehuda was allowed only 14 minutes for each call, and the children waited for those calls with such anticipation. I wanted to hear his voice and have a few moments to tell him what was happening with us, but the time was so limited. Every time the call ended, the longing only became stronger.

The children could not understand why their conversation with their father had to end so quickly or why they could not simply keep talking to him. I could not explain to them the circumstances in which their father was living. Again and again, they would finish the call in tears, asking, "When is Daddy coming home? When will we see Daddy again?"

I tried every possible way to preserve for them the feeling that their father was still a part of their lives. Almost every morning, I would take photos and record videos of them saying, "Good morning, Daddy," wishing him a good day and telling him that we would see him soon. I would assure them that Daddy would see the videos. During our short calls, I would describe to Yehuda what the children had been wearing and what they had said in the videos, and he would respond as though he had actually seen them himself.

I did everything I could to make the children feel that their father could still see them and was still present in their lives. They would become excited and genuinely believe that Daddy had seen their

videos. But for me, it was heartbreaking to know that I was recording them day after day, while in reality he could not see them in those precious, ordinary moments of their childhood.

There were nights when I waited for Yehuda's call, heard his voice, tried to give him strength, and then cried alone after the call ended. There were nights when I waited until the children were asleep before allowing myself to fall apart. In the morning, I washed my face, smiled at them, and tried to begin another day.

Even Shabbat, which had always been one of the warmest and most important parts of our family life, became a time when I felt his absence most deeply. Each week I tried to find somewhere for the children and me to be so that we would not sit alone at home with the silence and the longing.

I also watched our children change. They were too young to understand everything that was happening, but they were old enough to feel that their father was missing and that their mother was no longer the same calm mother they had known.

Throughout this entire period, I felt that the children were in a constant state of alertness, as though they were always trying to understand what was happening around them and what might happen next. My older son was only five years old at the time, but he was an exceptionally intelligent and sensitive child. From time to time, he would make comments that made me realize he understood far more than I had thought. He heard me speaking about lawyers and court proceedings, asked questions, and tried to connect the pieces and form his own understanding of what was happening—a reality that no five-year-old child should ever have to comprehend.

His teachers also approached me and told me that he was talking to them about things he had heard at home, asking questions, and trying to fill in the missing pieces of the puzzle. It was incredibly difficult for me to see such a young child trying to understand something so complex and frightening, instead of being concerned with the simple things that children his age should be concerned with.

Their sleep also changed. They no longer felt safe sleeping alone and insisted on sleeping with me in my room, in their father's bed. At night, I would look at them and feel just how deeply their basic sense of security had been shaken. They were constantly alert, sensitive, and frightened, as though at any moment something else might happen that would once again change their lives.

It was heartbreaking for me to witness this—two young children whose world should have been simple and safe, trying to understand a reality they never should have had to know, and desperately searching for the sense of security they had lost when their father was taken away from them.

We waited four and a half months. When Yehuda was finally released on bond, I traveled with the children almost immediately so that we could be together again.

I thought that once we embraced again, the nightmare would be behind us. I soon understood that being together again and returning to the life we once had were two very different things.

The period we had lived through left its mark on all of us. Yehuda was trying to cope with what he had experienced, the children were trying to adjust again, and I was trying to hold everyone together while also trying to hold myself together. Around us, the life we had spent years building was beginning to unravel.

One of the greatest difficulties was finding myself in a foreign country, far away from my family, friends, and the life I had always known, while trying to care for two young children largely on my own, alongside a husband who could not move about freely and who was struggling with severe post-traumatic stress as a result of what he had experienced while in custody. I barely knew anyone. I had no friends or family there, I was not fluent in English, I had no car, and I had no support system.

Even the simplest things, such as going to the grocery store, became a major undertaking. I had to take both children with me everywhere, regardless of the weather—through the extreme cold and snow, and later through the intense summer heat—and try to navigate the streets of a foreign country without being able to communicate comfortably in the language.

Back in Israel, I had left my elderly parents and our entire extended family. I knew how deeply worried they were about us, that they were losing sleep at night, and that every day they were waiting to hear that everything was resolved and that we were coming home. During every phone call, I tried to reassure them and let them speak with the children, but so often, after the call ended, my own longing for them and for everything I had left behind in Israel only became stronger.

I was far away from my parents at precisely the time when I needed them most—far from home and from the people who could have reached out and helped me. And above all, there was the constant uncertainty: When would all of this end? When would we be able to go home? When would we once again feel safe in the place we had always called home?

Yehuda's business stopped. Our financial situation deteriorated badly. Our savings were depleted and debts accumulated. Later, I also lost my job.

For six and a half years, I worked in the Mental Health Division of Ezer Mizion, a major nonprofit organization in Israel. I held an administrative position in which I managed the office of the division's director and was responsible for providing support and assistance to more than seventy employees. I truly loved my work. I woke up every morning with a sense of purpose, fulfillment, and pride, and I felt that I was an important part of the organization and the people within it.

When everything changed and I was suddenly forced to leave Israel, my manager tried to allow me to continue working remotely, understanding that the situation was temporary and that I would soon be returning home. Some aspects of my position could not be performed remotely, so my hours were reduced and part of my responsibilities were transferred to another employee. Despite the enormous difficulty, the time difference, and the need to sometimes work late into the night, I held on to my job with everything I had. Yehuda's business had come to a standstill, and my salary had effectively become our family's only source of income. I knew I could not give up, because every month meant rent, bills, accumulated expenses, and children who needed to be provided for.

Whenever my manager asked me when we would be coming home, I would tell her, "Just a little longer. We'll be back soon." And so another month passed, and then another. Despite the tremendous difficulty, I took on additional projects at work simply to bring in a little more income and try to keep our family afloat. But eventually, the phone call I had been dreading came. My manager told me, with great sadness, that she understood the situation was not coming to an end and that she could no longer continue employing me. At that moment, I lost not only a job that I had loved with all my heart, but also the last remaining source of income our family had.

The transition from being a family in which both spouses worked and earned a respectable living to a family with no income at all was devastating for me. Beyond the financial fear, it was deeply painful to say goodbye to the people and the place that had been such a meaningful part of my life for six and a half years. Even while I was in the United States, I remained in daily contact with the employees—through WhatsApp groups, phone calls, and emails. The messages I received from them when I was forced to leave made me realize just how meaningful my role and presence had been to them.

And then, alongside all of that pain, I had to face the simple and terrifying reality: we had no source of income left. Neither Yehuda nor I had a job. The question that consumed me was how we would move forward from there, how we would pay our bills and the debts that had accumulated, and how we would manage to keep our family going.

It was a blow that made it difficult to sleep at night, a pain that is almost impossible to put into words.

Our children had to cope with changes in their schools, routines, and surroundings. Slowly, we lost much of the sense of security we had worked for years to build.

Our children also paid a heavy price for the circumstances that were forced upon us. They arrived in the United States without knowing the language, and during such a sensitive period, while Yehuda was struggling with his own situation, we understood that it was not appropriate for the children to remain at home all day. However, educational programs in the United States were several times more expensive than those we had known in Israel, and we simply could not afford to enroll both children in appropriate programs.

Our older son was sent to a school where the language was completely unfamiliar to him. Every day, he came home frustrated because he could not understand what was being taught, communicate with his classmates, or feel that he belonged. He missed his school in Israel, his friends, his familiar language, and the environment he knew. Every day became a struggle that a child his age should never have had to endure.

Our younger son was forced to remain at home instead of going to preschool, learning, playing, and spending time with children his own age. There were days when it was too cold to go outside and days when it was simply too hot, and he spent long days at home without the structure and companionship that he so desperately needed.

It was heartbreaking for me to watch both of my children pay the price for circumstances they had no ability to understand or change—one child trying to navigate a new life in a language he did not understand, and another forced to remain at home, when he should have been learning, playing, and growing alongside other children his age.

But amid everything we lost, one thing remained: our family. The love between us remained. Our determination to hold on to one another remained. And the hope remained that one day we could stop merely surviving and begin living again.

I have also seen how deeply Yehuda understands the pain and consequences that arose from the circumstances that led to this case. He is deeply sorry for the choices and circumstances that brought us to this point, and he understands now, in a very personal way, how high the price has been for our entire family. As a father, this has affected him especially deeply. He has always wanted to provide our children with safety, stability, and a protected environment, and he understands how much this period disrupted the very sense of security he wanted to give them.

He has taken this very seriously. During our time here, Yehuda met with a therapist who helped him process what had happened, look honestly at himself and his responsibilities, and begin building a healthier and more responsible path forward. I have seen in him a sincere desire not simply to put this period behind him, but to learn from it and to build a better future—for himself, for me, and especially for our children.

**Your Honor,**

I cannot change the period we have already lived through. I can only tell you what I see when I look forward.

I see two young children who need their father. I see a husband whom I love and want beside me. And I see a family that has endured a very difficult period, has lost a great deal, but has not lost the desire to begin again.

**That is what I ask for now: the opportunity to begin a new chapter.**

We want to return to a simple life. We want to work and support our family. We want to raise our children with stability, dignity, and peace. We want to return to the family members who are waiting for us and worried about us. I want our children to feel again that they have a secure home.

I want Shabbat to be a day when we sit together as a family again. I want to wake up thinking about work, the children, the home, and the ordinary concerns of life - instead of living each day with fear and uncertainty.

More than anything, I want us to take everything we have been through and turn it into the beginning of something new.

We know we cannot recover the time that was lost. We cannot erase the pain. We cannot give our children back the months when their father was not with them. And we cannot become exactly the same people we were on the day we left Israel.

But we can choose what we do from here. We can rebuild. We can work. We can be good parents to our children. We can create a home again with stability, love, and security.

I believe with all my heart that Yehuda can do that. I have known him for years as a person, a husband, and a father. I have seen him during the happiest periods of our lives and during the most difficult. After everything we have been through, I still love him, believe in him, and want to rebuild our life with him.

I need my husband beside me. Our children need their father.

I respectfully ask the Court, when making its decision, to consider our two children who are waiting for a stable life with their father, the strength of our family bond, the long road we have already traveled, and our ability to rebuild as a family.

Behind Yehuda stands an entire family that is waiting for him, loves him, and needs him.

We are not asking for a perfect life. We are asking for the opportunity to live an ordinary one: to be a father, a mother, and two children living together again; to work; to raise our children; to sit together on Shabbat; to find joy again in the small things; and, after such a long and painful period, to open a new chapter in our lives.

Our lives changed once, in a single day. With all my heart, I ask that we be left with the opportunity to rebuild them; that our children have the opportunity to grow up with their father beside them; and that we retain the hope that one day we can look back on this period, know that we learned from it, and move forward as a stronger, more responsible, and more united family.

Respectfully and with hope,

**Bat Sheva Ringel**
Wife of Yehuda Ringel | Signature
Date: August 25, 2026

# מכתב אישי לקראת גזר הדין

בת שבע רינגל, אשתו של יהודה רינגל

---

**כבוד השופט/ת,**

שמי בת שבע רינגל. אני אשתו של יהודה ואמא לשני ילדינו הקטנים.

אני כותבת כאישה שאוהבת מאוד את בעלה, כאמא שרואה עד כמה ילדיה זקוקים לאבא שלהם, וכמי שמשפחתה עברה תקופה ארוכה וכואבת ששינתה כמעט כל חלק בחיינו.

לפני שאתאר את התקופה הזאת, חשוב לי לתת לבית המשפט מעט תמונה של מי היינו כמשפחה לפני שהכול השתנה.

יהודה ואני בנינו את חיינו יחד במשך שנים. שום דבר לא ניתן לנו מן המוכן. עבדנו קשה כדי ליצור בית, זוגיות, משפחה ועתיד. הקשר שלנו נבנה על אהבה, חברות, אמון וכבוד הדדי. כל אחד מאיתנו התקדם בדרכו, תמך בשני ושמח באמת בהצלחתו.

יהודה עבד קשה מאוד כדי לבנות עסק מצליח. הייתי גאה בו וגאה במה שבנה. במקביל, הוא תמיד תמך בי, עודד אותי ושמח בהתקדמות שלי. היינו צוות. כשאחד מאיתנו התקשה, השני נשא יותר. כשאחד הצליח, שנינו שמחנו. קיבלנו החלטות יחד, גידלנו יחד את הילדים וחלמנו יחד על העתיד שלהם ושלנו.

יהודה תמיד היה בן זוג תומך ומעורב גם בחיים המקצועיים שלי. באחת הפעמים, בתקופה עמוסה במיוחד בעבודה, הייתי אחראית לארגן אירוע חשוב ולארח אורחים ברמה גבוהה מאוד, והרגשתי מוצפת לחלוטין מכל מה שהיה עליי לנהל. כששיתפתי את יהודה, הוא אמר לי מיד: "ההצלחה שלך היא ההצלחה שלי. תורידי את העומס מהכתפיים שלך - אני אדאג להכול."

למרות שבאותו יום היה לו אירוע גדול משלו, הוא דאג שהעובדים שלו יטפלו במה שהיה צריך, והגיע בעצמו למקום העבודה שלי יחד עם עובד נוסף. בתוך זמן קצר הם הכינו וסידרו את הכול בצורה יפהפייה. האירוע היה הצלחה גדולה, וקיבלתי מחמאות רבות הן מהאורחים והן מהממונה עליי. עבורי זו הייתה עוד דוגמה קטנה אך משמעותית לכמה באמת היינו צוות, ועד כמה תמיד יכולתי לסמוך עליו שיהיה שם בשבילי.

גם בעסק של יהודה הרגשתי שותפה אמיתית. לפני אירועים הייתי דואגת שלמלצרים ולעובדי המטבח יהיו סינרים וחולצות נקיים ומגוהצים, ויהודה היה מתייעץ איתי לגבי אירועים, תפריטים ופרטים נוספים. הרגשתי שהעסק שהוא בנה מאפס היה, במובנים רבים, גם חלק מהחיים שבנינו יחד.

ליהודה היה גם סטטוס פעיל ברשתות החברתיות, שבו היה משתף באופן קבוע מתכונים וטיפים לבישול, שזכו לאלפי צפיות. יותר מפעם אחת, כשהגעתי לעבודה, שמעתי את הנשים שעבדתי איתן מדברות על אחד המתכונים שהוא העלה. הייתי מתמלאת גאווה לשמוע אנשים מדברים בצורה כל כך חיובית על הידע והכישרון שלו, כשאני יודעת כמה עבודה קשה, מסירות והשקעה נדרשו כדי לבנות את העסק שהוא יצר.

עבורי יהודה הוא הרבה מעבר לבעל. הוא החבר הקרוב ביותר שלי. הוא האדם הראשון שאני רוצה לספר לו כשמשהו טוב קורה והאדם שאני מחפשת כשהחיים קשים. הוא השותף שלי לחיים והאדם שאיתו בניתי את הבית שלי.

מעל הכול, הוא אבא של הילדים שלנו. הם גדלו עם אבא אוהב, נוכח ומסור. יהודה היה חלק מחיי היום-יום שלהם - מההרגלים הקטנים ביותר ועד לרגעים החשובים. הם היו רגילים לדעת שאבא שם. הם אהבו אותו, סמכו עליו והרגישו בטוחים איתו.

יהודה היה מעורב בכל חלק מחיי היום-יום של הילדים שלנו. בכל בוקר הוא היה לוקח אותם לגן, ודואג שהם נקיים, מסודרים, לבושים היטב ושיש להם כל מה שהם צריכים. ממש לפני שנכנסו לגן, הוא היה שולח לי תמונה או סרטון שלהם, רק כדי שאהיה רגועה ואדע שהם בידיים טובות.

בימים שבהם לא היה לו אירוע, הוא היה שואל אם יעזור לי שהוא יאסוף אותם בסוף היום. לעיתים קרובות הוא היה לוקח אותם לפארק, לבקר את הסבא והסבתא, או פשוט יושב ומנגן איתם מוזיקה בבית. הוא יצר עבורם זיכרונות יפים - רגעים שהבן הגדול שלנו היה מכנה "זמן מיוחד של אבא ובן".

גם בימים העמוסים ביותר שלו, כשהיה לו אירוע, הוא מעולם לא ויתר על שיחת הווידאו הקצרה עם הילדים לפני השינה. הוא היה מאחל להם לילה טוב, אומר להם כמה הוא אוהב אותם, ומזכיר להם להיות ילדים טובים ולהקל עליי קצת.

דווקא ברגעים הקטנים והיומיומיים האלה באו לידי ביטוי בצורה הברורה ביותר האהבה העמוקה שלו לילדים, המסירות שלו אליהם והדאגה המתמדת שלו לרווחה שלי.

היינו משפחה שמחה. היו לנו עבודה, בית, שגרה, תוכניות וחלומות. הסתכלנו קדימה וחשבנו על השנים הבאות ועל העתיד שקיווינו לבנות לילדים שלנו.

**ואז, ביום אחד, החיים שלנו השתנו.**

נסענו יחד לארצות הברית למה שהיה אמור להיות טיול משפחתי וגם כדי להשתתף בחתונה של אחיו של יהודה. יצאנו מישראל כמשפחה - יהודה, שני הילדים ואני - עם מזוודות, התרגשות ותוכניות לחזור הביתה אחרי כמה שבועות.

בשדה התעופה בארצות הברית יהודה נעצר. אני יצאתי עם הילדים ועם המזוודות, והוא נשאר מאחור. את התחושה של אותו רגע אני נושאת איתי עד היום.

הילדים היו איתי, אבל אבא שלהם לא היה. הייתי במדינה זרה, מפוחדת וחסרת ודאות, בלי לדעת מתי נראה אותו שוב. בהתחלה נאחזתי בתקווה שמדובר רק בכמה ימים, אחר כך בשבוע, ואז בשבועיים. המשכתי לומר לעצמי ולילדים שאבא יחזור בקרוב.

אבל הזמן עבר. בסופו של דבר נאלצתי לעלות על מטוס עם שני ילדינו ולחזור לישראל בלי בעלי.

במשך ארבעה וחצי חודשים הייתי צריכה ללמוד איך נראים החיים כשהאדם שאיתו בנית הכול פתאום כבר לא נמצא לידך. נשארתי לבד עם שני ילדים קטנים, הבית, העבודה, החשבונות, האחריות והפחד. יותר מהכול נשארתי עם החסר ועם הגעגוע.

למרות שהילדים שלנו היו צעירים מכדי להבין עד הסוף מה קרה, הם הרגישו עמוקות את היעדרותו של אביהם. הבן הצעיר שלנו היה אז רק בן שנתיים. עד אותו יום הוא אהב ללכת לגן, אבל לפתע התחיל להיצמד אליי בכל כוחו וסירב להיפרד ממני אפילו לרגע. הוא פיתח חרדת פרידה קשה ולא הסכים להישאר עם אף אחד אחר. במקביל החלו להופיע על גופו פצעים ותגובות אלרגיות. כשהבאתי אותו לרופא, הרופא אמר שנראה שמדובר בתגובה אלרגית ושאל אם הילד עבר לאחרונה אירוע רגשי או שינוי משמעותי בבית או בגן, והסביר שזה יכול להיות קשור למצוקה רגשית. באותה תקופה מצאתי את עצמי לוקחת אותו לרופא בערך אחת לשבועיים בגלל בעיה או תסמין אחר שהתפתח.

הבן הגדול שלנו, שתמיד היה ילד שמח במיוחד, רגיש ואינטליגנטי, והיה קשור מאוד לאביו, השתנה לנגד עיניי. הוא התחיל לעלות במהירות במשקל, נעשה עצוב ורגיש מאוד, בכה ללא הפסקה והגיב בעוצמה אפילו לדברים הקטנים ביותר. הילד שפעם היה אסיר תודה על כל דבר ומצא שמחה בדברים הפשוטים ביותר, הפך לפתע למתוסכל, לא שמח ומסוגר. הוא גם התקשה בגן, והצוות שם שם לב שהוא כבר לא אותו ילד שהכירו.

לילדים לא היו המילים להסביר מה הם עוברים, אבל ההתנהגות שלהם ביטאה את אותה זעקה שוברת לב: "אין לנו אבא. אנחנו רוצים את אבא שלנו."

גם עכשיו, שנה וחצי לאחר מכן, נזכרתי עד כמה החוויה הזאת נשארה עמוק בתוכם. לפני כמה שבועות נכנסתי עם בני הצעיר לבניין בברוקלין. בקומה העליונה יש סופרמרקט, ומסיבה כלשהי הבניין הזכיר לו את שדה התעופה. הוא לפת אותי לפתע בחוזקה והתחיל לבכות, ואמר שהוא לא רוצה להיכנס ל"שדה התעופה" "כי "הם לקחו לנו את אבא". עמדתי שם עם דמעות בעיניים. לא הצלחתי להאמין עד כמה הזיכרון הזה עדיין חרוט עמוק בתודעה שלו. כואב לי מאוד לדעת שגם היום הילדים שלנו ממשיכים לשאת צלקות רגשיות עמוקות כל כך מהתקופה שבה היינו בלי יהודה.

יהודה היה אחראי לכל ענייני הכספים של הבית - החשבונות, התשלומים וההתנהלות מול הבנק. הוא תמיד דאג שהכול ישולם בזמן ויטופל כמו שצריך, ואני כמעט שלא הייתי מעורבת בעניינים האלה; אפילו לא ידעתי את מספר חשבון הבנק שלנו. פתאום הייתי צריכה לנהל הכול לבד - שכר דירה, חשמל, מים, ארנונה וכל שאר החשבונות - בלי שבכלל ידעתי איך להתמודד עם האחריות הזאת.

הלחץ והאחריות היו עצומים. ביליתי אינספור לילות ללא שינה, ואחרי שהילדים נרדמו הייתי מוצאת את עצמי לבד, נשברת ובוכה, ורק מייחלת ומתפללת שהתקופה הכואבת הזאת כבר תגיע לסיומה.

הילדים חיפשו את אבא שלהם. הם שאלו מתי הוא חוזר. הם התגעגעו אליו ולא הצליחו להבין למה אבא, שהיה חלק כל כך טבעי מהחיים שלהם, פתאום איננו. הייתי צריכה להיות חזקה בשבילם גם כשלא הרגשתי חזקה בכלל.

באותה תקופה לעיתים קרובות לא ידעתי מה הדבר הנכון לעשות - האם לתת לילדים לדבר עם יהודה או לחסוך מהם את השיחה ,משום שאחריה הם היו נעשים מאוד רגשיים ונסערים .ליהודה הותרו רק 14 דקות בכל שיחה ,והילדים חיכו לשיחות האלה בציפייה עצומה .אני רציתי לשמוע את הקול שלו ולקבל כמה רגעים לספר לו מה קורה אצלנו ,אבל הזמן היה מוגבל כל כך .בכל פעם שהשיחה הסתיימה ,הגעגוע רק התחזק.

הילדים לא הצליחו להבין למה השיחה עם אבא שלהם חייבת להסתיים כל כך מהר או למה הם לא יכולים פשוט להמשיך לדבר איתו .לא יכולתי להסביר להם את הנסיבות שבהן אבא שלהם חי .שוב ושוב הם סיימו את השיחה בדמעות ושאלו" :מתי אבא חוזר הביתה ?מתי נראה שוב את אבא?"

ניסיתי בכל דרך אפשרית לשמר אצלם את התחושה שאבא עדיין חלק מהחיים שלהם .כמעט בכל בוקר הייתי מצלמת אותם ומקליטה סרטונים שבהם הם אומרים" :בוקר טוב אבא ",מאחלים לו יום טוב ואומרים לו שבקרוב נראה אותו . הייתי מבטיחה להם שאבא יראה את הסרטונים .במהלך השיחות הקצרות שלנו הייתי מתארת ליהודה מה הילדים לבשו ומה הם אמרו בסרטונים ,והוא היה מגיב כאילו באמת ראה אותם בעצמו.

עשיתי כל מה שיכולתי כדי לגרום לילדים להרגיש שאבא עדיין יכול לראות אותם ושהוא עדיין נוכח בחייהם .הם היו מתרגשים ומאמינים באמת שאבא ראה את הסרטונים שלהם .אבל עבורי היה שובר לב לדעת שאני מצלמת אותם יום אחרי יום ,בעוד שבמציאות הוא לא יכול היה לראות אותם באותם רגעים יקרים ופשוטים של הילדות שלהם.

היו לילות שבהם חיכיתי לשיחה מיהודה ,שמעתי את הקול שלו ,ניסיתי לתת לו כוח ,ואז בכיתי לבד אחרי שהשיחה הסתיימה .היו לילות שבהם חיכיתי שהילדים יירדמו לפני שהרשיתי לעצמי להתפרק .בבוקר שטפתי את הפנים ,חייכתי אליהם וניסיתי להתחיל עוד יום.

גם שבת ,שתמיד הייתה אחד הזמנים החמים והחשובים ביותר בחיי המשפחה שלנו ,הפכה לזמן שבו הרגשתי את היעדרותו בצורה החזקה ביותר .בכל שבוע ניסיתי למצוא מקום שבו הילדים ואני נוכל להיות ,כדי שלא נשב לבד בבית עם השקט ועם הגעגוע.

ראיתי גם את הילדים שלנו משתנים .הם היו צעירים מכדי להבין את כל מה שקורה ,אבל גדולים מספיק כדי להרגיש שאבא חסר ושאמא כבר אינה אותה אמא רגועה שהכירו.

לאורך כל התקופה הרגשתי שהילדים נמצאים במצב מתמיד של דריכות ,כאילו הם כל הזמן מנסים להבין מה קורה סביבם ומה עלול לקרות בהמשך .הבן הגדול שלי היה אז רק בן חמש ,אבל הוא היה ילד אינטליגנטי ורגיש במיוחד .מדי פעם הוא היה אומר דברים שגרמו לי להבין שהוא מבין הרבה יותר ממה שחשבתי .הוא שמע אותי מדברת על עורכי דין ועל הליכים בבית המשפט ,שאל שאלות וניסה לחבר את החלקים ולבנות לעצמו הבנה של מה שקורה - מציאות שאף ילד בן חמש לא אמור אי פעם להידרש להבין.

גם הצוות החינוכי פנה אליי וסיפר שהוא מדבר איתם על דברים ששמע בבית ,שואל שאלות ומנסה להשלים בעצמו את החלקים החסרים בפאזל .היה לי קשה מאוד לראות ילד כל כך צעיר מנסה להבין משהו כל כך מורכב ומפחיד ,במקום להיות עסוק בדברים הפשוטים שילדים בגילו אמורים להיות עסוקים בהם.

גם השינה שלהם השתנתה .הם כבר לא הרגישו בטוחים לישון לבד והתעקשו לישון איתי בחדר ,במיטה של אבא שלהם .בלילה הייתי מסתכלת עליהם ומרגישה עד כמה תחושת הביטחון הבסיסית שלהם התערערה .הם היו כל הזמן דרוכים ,רגישים ומפוחדים ,כאילו בכל רגע עלול לקרות משהו נוסף שישנה שוב את חייהם.

היה שובר לב לראות את זה - שני ילדים קטנים שהעולם שלהם היה אמור להיות פשוט ובטוח ,מנסים להבין מציאות שמעולם לא היו אמורים להכיר ,ומחפשים נואשות את תחושת הביטחון שאיבדו כשאביהם נלקח מהם.

חיכינו ארבעה וחצי חודשים .כאשר יהודה סוף סוף שוחרר בערבות ,נסעתי עם הילדים כמעט מיד כדי שנוכל להיות שוב יחד.

חשבתי שברגע שנתחבק שוב ,הסיוט יהיה מאחורינו .מהר מאוד הבנתי שלהיות שוב יחד ולחזור לחיים שהיו לנו הם שני דברים שונים מאוד.

התקופה שעברנו השאירה את חותמה על כולנו .יהודה ניסה להתמודד עם מה שעבר ,הילדים ניסו להסתגל מחדש ,ואני ניסיתי להחזיק את כולם יחד ובאותו זמן גם להחזיק את עצמי .מסביבנו ,החיים שבנינו במשך שנים התחילו להתפרק.

אחד הקשיים הגדולים ביותר היה למצוא את עצמי במדינה זרה ,רחוקה מהמשפחה ,מהחברים ומהחיים שהכרתי תמיד, תוך כדי שאני מנסה לטפל בשני ילדים קטנים כמעט לבדי ,לצד בעל שלא יכול היה לנוע בחופשיות ושנאבק בפוסט-

טראומה קשה כתוצאה ממה שעבר בזמן שהיה במעצר .כמעט לא הכרתי אף אחד .לא היו לי שם חברים או משפחה , לא שלטתי באנגלית ,לא היה לי רכב ולא הייתה לי שום מערכת תמיכה.

אפילו הדברים הפשוטים ביותר ,כמו ללכת לקנות מצרכים ,הפכו למבצע של ממש .הייתי צריכה לקחת איתי את שני הילדים לכל מקום ,בלי קשר למזג האוויר - בקור הקיצוני ובשלג ,ובהמשך בחום הכבד של הקיץ - ולנסות להתנהל ברחובות של מדינה זרה בלי יכולת לתקשר בנוחות בשפה.

בישראל השארתי מאחור את הוריי המבוגרים ואת כל המשפחה המורחבת שלנו .ידעתי עד כמה הם דואגים לנו ,שהם מאבדים שינה בלילות ושבכל יום הם מחכים לשמוע שהכול הסתדר ושאנחנו חוזרים הביתה .בכל שיחת טלפון ניסיתי להרגיע אותם ולאפשר להם לדבר עם הילדים ,אבל פעמים רבות ,אחרי שהשיחה הסתיימה ,הגעגוע שלי אליהם ואל כל מה שהשארתי מאחור בישראל רק התחזק.

הייתי רחוקה מההורים שלי דווקא בזמן שבו הייתי זקוקה להם יותר מכל - רחוקה מהבית ומהאנשים שיכלו להושיט יד ולעזור לי .ומעל הכול הייתה חוסר הוודאות המתמיד :מתי כל זה ייגמר ?מתי נוכל לחזור הביתה ?מתי נוכל שוב להרגיש בטוחים במקום שתמיד קראנו לו בית?

העסק של יהודה נעצר .המצב הכלכלי שלנו הידרדר בצורה קשה .החסכונות שלנו נשחקו והחובות הצטברו .בהמשך גם אני איבדתי את עבודתי.

במשך שש שנים וחצי עבדתי באגף לבריאות הנפש של עזר מציון ,ארגון גדול ללא מטרות רווח בישראל .מילאתי תפקיד אדמיניסטרטיבי שבו ניהלתי את לשכת מנהל האגף והייתי אחראית למתן תמיכה וסיוע ליותר משבעים עובדים .אהבתי מאוד את העבודה שלי .קמתי בכל בוקר עם תחושת שליחות ,סיפוק וגאווה ,והרגשתי שאני חלק חשוב מהארגון ומהאנשים שבו.

כשהכול השתנה ונאלצתי לפתע לעזוב את ישראל ,המנהלת שלי ניסתה לאפשר לי להמשיך לעבוד מרחוק ,מתוך הבנה שהמצב זמני ושבקרוב אחזור הביתה .חלקים מסוימים בתפקיד שלי לא היו ניתנים לביצוע מרחוק ,ולכן שעות העבודה שלי צומצמו וחלק מהאחריות שלי הועברה לעובדת אחרת .למרות הקושי העצום ,הפרשי השעות והצורך לעבוד לפעמים עד שעות מאוחרות בלילה ,נאחזתי בעבודה בכל כוחי .העסק של יהודה נעצר ,והמשכורת שלי הפכה למעשה למקור ההכנסה היחיד של המשפחה .ידעתי שאסור לי לוותר ,כי כל חודש פירושו שכר דירה ,חשבונות ,הוצאות שהצטברו וילדים שצריך לפרנס.

בכל פעם שהמנהלת שלי שאלה מתי אנחנו חוזרים הביתה ,הייתי אומרת לה" :עוד קצת .בקרוב נחזור ".וכך עבר עוד חודש ,ואז עוד אחד .למרות הקושי העצום ,לקחתי על עצמי פרויקטים נוספים בעבודה רק כדי להכניס עוד מעט כסף ולנסות להשאיר את המשפחה שלנו מעל המים .אבל בסופו של דבר הגיעה שיחת הטלפון שממנה כל כך פחדתי . המנהלת שלי אמרה לי ,בצער גדול ,שהיא מבינה שהמצב לא עומד להסתיים ושהיא כבר לא יכולה להמשיך להעסיק אותי .באותו רגע איבדתי לא רק עבודה שאהבתי בכל ליבי ,אלא גם את מקור ההכנסה האחרון שנותר למשפחה שלנו.

המעבר ממשפחה שבה שני בני הזוג עובדים ומתפרנסים בכבוד למשפחה שאין לה הכנסה כלל היה עבורי מטלטל . מעבר לפחד הכלכלי ,היה לי כואב מאוד להיפרד מהאנשים ומהמקום שהיו חלק משמעותי כל כך מחיי במשך שש שנים וחצי .גם כששהיתי בארצות הברית נשארתי בקשר יומיומי עם העובדים - דרך קבוצות WhatsApp, שיחות טלפון ודואר אלקטרוני .ההודעות שקיבלתי מהם כשנאלצתי לעזוב גרמו לי להבין עד כמה התפקיד שלי והנוכחות שלי היו משמעותיים עבורם.

ואז ,לצד כל הכאב הזה ,נאלצתי להתמודד עם המציאות הפשוטה והמפחידה :לא נשאר לנו שום מקור הכנסה .לא ליהודה ולא לי הייתה עבודה .השאלה שאכלה אותי מבפנים הייתה איך נמשיך מכאן ,איך נשלם את החשבונות ואת החובות שהצטברו ,ואיך נצליח להמשיך להחזיק את המשפחה שלנו.

זו הייתה מכה שהקשתה עליי לישון בלילות ,כאב שכמעט בלתי אפשרי לתאר במילים.

הילדים שלנו נאלצו להתמודד עם שינויים בבתי הספר ,בשגרה ובסביבה שלהם .לאט לאט איבדנו חלק גדול מתחושת הביטחון שבנינו לעצמנו במשך שנים.

גם הילדים שלנו שילמו מחיר כבד על הנסיבות שנכפו עלינו .הם הגיעו לארצות הברית בלי לדעת את השפה ,ובתקופה רגישה כל כך ,בזמן שיהודה התמודד עם מצבו שלו ,הבנו שלא נכון שהילדים יישארו בבית כל היום .אולם המסגרות החינוכיות בארצות הברית היו יקרות פי כמה ממה שהכרנו בישראל ,ופשוט לא יכולנו להרשות לעצמנו לרשום את שני הילדים למסגרות מתאימות.

הבן הגדול שלנו נשלח לבית ספר שבו השפה הייתה זרה לו לחלוטין .בכל יום הוא חזר הביתה מתוסכל משום שלא הצליח להבין מה מלמדים ,לתקשר עם חבריו לכיתה או להרגיש שהוא שייך .הוא התגעגע לבית הספר שלו בישראל , לחברים שלו ,לשפה המוכרת ולסביבה שהכיר .כל יום הפך למאבק שילד בגילו לא היה אמור להתמודד איתו.

הבן הצעיר שלנו נאלץ להישאר בבית במקום ללכת לגן ,ללמוד ,לשחק ולבלות עם ילדים בגילו .היו ימים שבהם היה קר מדי לצאת החוצה וימים שבהם פשוט היה חם מדי ,והוא בילה ימים ארוכים בבית בלי המסגרת ובלי החברה שהיה זקוק להן כל כך.

היה שובר לב לראות את שני ילדיי משלמים את המחיר על נסיבות שלא הייתה להם שום יכולת להבין או לשנות - ילד אחד שמנסה למצוא את דרכו בחיים חדשים בשפה שאינו מבין ,וילד אחר שנאלץ להישאר בבית ,בזמן שהיה אמור ללמוד ,לשחק ולגדול לצד ילדים אחרים בגילו.

אבל בתוך כל מה שאיבדנו ,דבר אחד נשאר :המשפחה שלנו .האהבה בינינו נשארה .הרצון שלנו להחזיק זה את זה נשאר .וגם התקווה נשארה ,שיום אחד נוכל להפסיק רק לשרוד ולהתחיל שוב לחיות.

ראיתי גם עד כמה יהודה מבין לעומק את הכאב ואת ההשלכות שנגרמו בעקבות הנסיבות שהובילו לתיק הזה .הוא מצטער מאוד על הבחירות והנסיבות שהביאו אותנו לנקודה הזאת ,והוא מבין היום ,בצורה אישית וכואבת מאוד ,עד כמה המחיר היה כבד עבור המשפחה כולה .כאבא ,הדבר נוגע בו במיוחד .תמיד היה חשוב לו להעניק לילדים שלנו ביטחון ,יציבות וסביבה מוגנת ,והוא מבין עד כמה התקופה הזאת ערערה דווקא את תחושת הביטחון שהוא כל כך רצה להעניק להם.

יהודה לקח את הדברים ברצינות רבה .במהלך התקופה שלנו כאן הוא נפגש עם מטפלת ,שעזרה לו לעבד את מה שקרה ,להסתכל בכנות על עצמו ועל האחריות שלו ,ולהתחיל לבנות דרך בריאה ואחראית יותר לעתיד .אני רואה בו רצון אמיתי לא רק להשאיר את התקופה הזאת מאחור ,אלא ללמוד ממנה ולבנות עתיד טוב יותר — עבור עצמו ,עבורי , ובעיקר עבור הילדים שלנו.

**כבוד השופט/ת,**

אני לא יכולה לשנות את התקופה שכבר עברנו .אני יכולה רק לספר מה אני רואה כשאני מסתכלת קדימה.

אני רואה שני ילדים קטנים שזקוקים לאבא שלהם .אני רואה בעל שאני אוהבת ורוצה לצידי .ואני רואה משפחה שעברה תקופה קשה מאוד ,איבדה הרבה ,אבל לא איבדה את הרצון להתחיל מחדש.

**זה כל מה שאני מבקשת עכשיו :הזדמנות להתחיל פרק חדש.**

אנחנו רוצים לחזור לחיים פשוטים .אנחנו רוצים לעבוד ולפרנס את המשפחה שלנו .אנחנו רוצים לגדל את הילדים שלנו ביציבות ,בכבוד ובשקט .אנחנו רוצים לחזור לבני המשפחה שמחכים לנו ודואגים לנו .אני רוצה שהילדים שלנו ירגישו שוב שיש להם בית בטוח.

אני רוצה ששבת תחזור להיות יום שבו אנחנו יושבים יחד כמשפחה .אני רוצה לקום בבוקר ולחשוב על העבודה ,על הילדים ,על הבית ועל הדאגות הרגילות של החיים - במקום לחיות בכל יום עם פחד וחוסר ודאות.

יותר מהכול ,אני רוצה שניקח את כל מה שעברנו ונהפוך אותו להתחלה של משהו חדש.

אנחנו יודעים שלא נוכל לקבל בחזרה את הזמן שאבד .לא נוכל למחוק את הכאב .לא נוכל להחזיר לילדים את החודשים שבהם אבא שלהם לא היה איתם .ולא נוכל להיות בדיוק אותם אנשים שהיינו ביום שבו יצאנו מישראל.

אבל אנחנו יכולים לבחור מה נעשה מכאן .אנחנו יכולים לבנות מחדש .אנחנו יכולים לעבוד .אנחנו יכולים להיות הורים טובים לילדים שלנו .אנחנו יכולים ליצור שוב בית שיש בו יציבות ,אהבה וביטחון.

אני מאמינה בכל ליבי שיהודה יכול לעשות את זה .אני מכירה אותו שנים כאדם ,כבעל וכאבא .ראיתי אותו בתקופות המאושרות ביותר בחיינו וגם בתקופות הקשות ביותר .אחרי כל מה שעברנו ,אני עדיין אוהבת אותו ,מאמינה בו ורוצה לבנות איתו מחדש את החיים שלנו.

אני זקוקה לבעלי לצידי .הילדים שלנו זקוקים לאבא שלהם.

אני מבקשת בכבוד מבית המשפט, בעת קבלת ההחלטה, להביא בחשבון את שני ילדינו שמחכים לחיים יציבים עם אבא שלהם, את עוצמת הקשר המשפחתי שלנו, את הדרך הארוכה שכבר עברנו ואת היכולת שלנו לבנות את עצמנו מחדש כמשפחה.

מאחורי יהודה עומדת משפחה שלמה שמחכה לו, אוהבת אותו וזקוקה לו.

אנחנו לא מבקשים חיים מושלמים. אנחנו מבקשים הזדמנות לחיים רגילים: להיות שוב אבא, אמא ושני ילדים שחיים יחד; לעבוד; לגדל את הילדים; לשבת יחד בשבת; למצוא שוב שמחה בדברים הקטנים; ואחרי תקופה ארוכה וכואבת כל כך, לפתוח פרק חדש בחיים שלנו.

החיים שלנו השתנו פעם אחת, ביום אחד. בכל ליבי אני מבקשת שתישאר לנו האפשרות לבנות אותם מחדש; שלילדים שלנו תהיה האפשרות לגדול כשאבא שלהם לצידם; ושתישאר לנו התקווה שיום אחד נוכל להסתכל לאחור על התקופה הזאת, לדעת שלמדנו ממנה, ולהמשיך קדימה כמשפחה חזקה, אחראית ומאוחדת יותר.

בכבוד רב ובתקווה גדולה,

**בת שבע רינגל**

אשתו של יהודה רינגל | חתימה

תאריך: August 25, 2026

Chaya Ringel

[redacted]

**Re: Letter of Support for Yuda and Shevi Ringel and Family**

To the Honorable Court:

I am writing as Yuda's sister-in-law. I have been personally involved in supporting him, his wife Shevi, and their two children, [redacted] from the very first day of their displacement from their home in Bnei Brak, and I want to share with the Court what I have witnessed this past year.

While Yuda was in jail, it was one of the hardest periods for our family to watch. Yuda is such a soft, gentle soul, nothing like the people he was surrounded by there, and the things he witnessed while incarcerated broke him in ways that were painful to see, even from a distance. Yuda would call my husband, Usher, regularly, and Usher would speak with him with such patience and warmth, doing everything he could to keep Yuda's spirits up and remind him he was almost out. But Yuda was so broken during that time that it was hard for any of us to watch. I was there more than once when Usher hung up the phone after one of those calls and simply broke down crying himself, carrying the weight of trying to hold Yuda together from the outside. He also had to be the one to speak with Shevi, gently explaining to her, more than once, that the court date had been pushed off again and Yuda still would not be coming home when they had expected. That was especially painful because Shevi was running to her job and single-handedly caring for their two young children at the same time.

When Yuda finally was released from jail, he went to Lakewood, hopeful that things would finally get easier. But even there, he kept breaking down. He would wake from nightmares, or simply stay awake rather than sleep, so he wouldn't have to relive the painful things he had gone through. Over time, this exhaustion made him more irritable, and Shevi bore the brunt of it. We were there for her during that period too, when she would come to us and share how hard it was to be on the receiving end of that irritability.

Once we saw how difficult things had become for him in Lakewood, we made the decision to help him move closer to us, to a home just down the block from ours in Staten Island. Having them so close has not been without its own weight on us as well. With Yuda unable to work, carrying so much unstructured time on his hands, and facing so much uncertainty about what comes next, the emotional strain he has been under is something our own family has felt and absorbed right alongside him. Still, we knew this was what he and his family needed, and we wanted to be there for them however we could.

Before this year, Yuda ran his own catering business, juggling a full slate of responsibilities every day, and was doing very well for himself and his family. Since being forced into exile, that stability has been upended. Instead of going to work, Yuda has spent his days watching his children leave the house each morning to attend school in a country that is not their own. His son [redacted] has had to learn an entirely new language just to keep up in the classroom. Yuda, who once ran a thriving business and provided generously for his family, has had to

seek help simply to put food on the table and keep a roof over their heads. I have seen firsthand how difficult it has been for him to go from being the one who provided for others to needing to ask for that support himself.

I watched him make call after call to friends and business associates, people who had known him for years as a successful, accomplished businessman, just to try to raise money to cover his family's daily needs and his lawyer's fees. The shame of it was killing him. This was a man who used to be the one others turned to for help, now having to ask people who remembered him at the top of his business for money just to get by, and I could see how much that ate away at him every single time he had to pick up the phone and make that call again.

I also saw the toll this year took on him in quieter ways. Something as ordinary as a knock on the door would send him into a state of panic. He would freeze in place, his whole body would tense, and I would watch him hesitate, sometimes for several long moments, before he could bring himself to answer, checking first who was there. This was a reaction I never once saw in him before this year, and it became something the whole family adjusted around. [redacted] picked up on it too. They would go quiet or glance over at him whenever there was an unexpected sound at the door, watching to see how he would react before they themselves relaxed. Shevi often had to step in and answer in his place, or reassure him afterward that everything was fine, just to help him settle back down. Everything this family endured left its mark on him, feeding anxieties he had never carried before, and I watched it ripple through the whole household, even as he kept doing everything he could to shield his children from seeing just how deeply it affected him.

Even living literally around the corner from us, there were many Shabbosim when Yuda could not come join us for the meals, not because he didn't want to, but because he was under house arrest and simply couldn't. I saw how painful that was for him. Instead, he would end up hosting us at his own home, because the closeness of family was something he needed so badly that he found a way to have it even when he couldn't come to us.

I also saw the embarrassment he carried around Usher's friends. They were genuinely kind to him and tried hard to make him feel welcome and comfortable, but Yuda still felt like an outsider among them, because of everything he was going through. It was hard to watch someone who once stood on his own two feet feel so out of place in a room simply because of what this year had done to him.

This past year also brought Yuda the loss of his father, who passed away after a year of heartache from not being able to see Yuda, since he lived in Israel and had no way to help him. I watched how much pain this loss caused Yuda, made even harder by his own circumstances. After the first two days of Shiva, Usher and his brother Pini traveled to Israel to sit Shiva with the rest of the family. The Ringel siblings are an unusually close family, closer than any I have seen elsewhere, and sitting Shiva together, side by side, sharing stories of their father's life and accomplishments, is such a core part of how this family heals after a loss. Yuda felt such keen pain at not being able to be there for that, at missing the chance to sit with his siblings during those days and grieve their father together the way this family always has.

Despite everything he has been carrying, Yuda has remained an incredibly hands-on and devoted father to [redacted] He helps with their homework, gets them ready in the mornings, sits with them at bedtime, and is present for all the small, everyday moments a father provides. Shevi has leaned on him for this more than I think she even realizes, and I honestly do not know how she would manage caring for both children on her own, day in and day out, without him there beside her. What has struck me most this year is not the hardship itself, but how Yuda has carried it. Despite losing his livelihood, his home, and the life he built, he has worked hard to

keep his family's spirits up. He sings, plays music, and laughs with [redacted] doing everything he can to give them some sense of normalcy in a year that has been anything but normal. His resilience, and his determination to shield his children from the full weight of what this family has lost, speak to his character as a father and a husband.

I also want the Court to know how deeply remorseful Yuda is about everything that led to this case. I have heard him speak about it with real regret, not making excuses for himself, but genuinely reflecting on what he could have done differently and how much he wishes he could go back and change his choices. This past year has changed him. He has grown, he has reflected, and he has shown, through everything he has done to hold his family together despite his own pain, that he is committed to moving forward as a better man for his wife and his children.

I share this with the Court because I have been by this family's side throughout this ordeal, and I believe it reflects both the severity of what they have endured this year and the strength and grace with which they have endured it. I hope this account is helpful to the Court in its consideration of this matter.

Respectfully,

Chaya Ringel

Sister-in-Law of Yuda Ringel

[redacted]

To Whom It May Concern, June 29th 2025

My name is Pinchas Ringel, and I am the younger brother of Yehuda Ringel. I am writing this letter with a heavy heart, driven by a deep sense of duty to tell the truth about my brother — a man of golden character, immense kindnes

I want to open a small window into Yehuda's life — a life marked by severe pain, emotional trauma, and moments of profound darkness. And yet, at every turn, he chose not to give up, not to let go — but to rise. Yehuda could have taken every excuse to fall. Instead, he became extraordinary.

---

When I was seven and Yehuda was only nine, we experienced a night I'll never forget. It was the week of our older brother's wedding. Our father, who has struggled for many years with mental instability, was under extreme stress and pressure.

One evening, Yehuda and I were left alone in a pitch-black house — no electricity, no phone line, no air conditioning. Our father had shut off the utilities to "save money," while inflicting deep emotional damage on us.

We were terrified. I remember sitting on the floor, crying. And Yehuda — just a 9-year-old boy — stood up, wiped his own tears, hugged me tight, and took charge. He knocked on a neighbor's door, borrowed two bicycles, and rode with me to our grandmother's house, a 15-minute journey in the dark — just to protect me.

He was shaking. But he shielded me with all the love and strength he could gather. That moment defined him.

Another story — just as painful:

It was a Friday night Shabbat meal. We are a very musical family, and we were all singing the traditional songs. Yehuda added his beautiful voice in harmony — second and third

parts. Suddenly, our father lost control. He couldn't handle how gifted Yehuda was. He stood up, ripped him from his seat, and began to beat him.

We were all stunned. My mother (of blessed memory) tried to protect us and moved us into the children's room, but my father burst in, continuing to strike Yehuda in front of all of us.

It's Impossible to describe the humiliation, the fear, the deep trauma of that night.

And yet again — Yehuda survived it.

There were other wounds, too.

Every Friday afternoon, Yehuda would try to grab a quick bite before candle lighting, after not having eaten all day. Our father would publicly shame him, calling him a "fat pig" and telling him to "save room for the meal." I saw Yehuda's pain week after week. He'd walk away, shoulders slumped, holding back tears.

And every Shabbat, my father would deliberately choose Yehuda to read the Torah portion at the table — even though he struggled with fluent reading — only to interrupt him constantly, correct his pronunciation, and humiliate him in front of everyone.

Imagine how crushing that was for a child already aching inside.

But Yehuda — never gave up.

He didn't become bitter. He didn't run away from life.

He rebuilt himself from the ashes.

Every Friday, as I left for yeshiva, Yehuda would hand me 100 or 200 shekels for pocket money. That was a large sum for me. But he gave it — again and again — not because he had extra, but because his heart never stopped giving, even when his own was broken.

Yehuda has gone through hell.

He was the most emotionally abused of all the children.

He suffered deeply in our home — and later, in yeshiva — in ways that would have crushed almost anyone else.

Any other child would have abandoned everything and spiraled out of control.

But Yehuda? He fought back. He chose growth. He chose life.

He went to therapy. He paid for it out of his own pocket.

He faced the darkness head-on.

And today — he is a devoted husband, a loving father, a community member, a successful small business owner.

He has rebuilt a home with peace, with values, with love — the very things he was denied.

Yehuda is a man of deep faith, sincere humility, and limitless generosity.

He gives to charity, he helps others constantly — physically, emotionally, and financially.

He treats his wife and children with tenderness, patience, and joy.

He lives with dignity, not bitterness.

He chose to rise, when he had every reason to fall.

---

I am proud of my brother.

I ache for what he endured.

Please look deeper than appearances.

See his soul.

Understand the child he once was... and the incredible man he has become.

With pain, pride, and unshakable love,

Pinchas Ringel

[redacted]

My brother Yehuda has lived a life that is challenging and not easy.

At the start of our lives, as a child at home, our dear father unfortunately suffered from extreme mood swings where most of my childhood, I remember him as a strict and ill-tempered man. On Shabbat and on holidays and at all occasions when we had family holiday meals, father was in the habit of going to bed and not staying with us. Father did not speak with mother over the course of many long weeks and would then make up with her. We felt deep sympathy for mother and were very angry with him. We never had a deep relationship with father. He also did not take an interest in us or what we were going through as he was always depressed. Yehuda was born during a very difficult period for father financially and emotionally such that Yehuda was often harassed and insulted by father. At Shabbat and holiday meals, father would make fun of him that he would eat a lot and with no manners. He would compare him unfavorably to other children his age and demand that he behave like them. He also frequently shouted at him and punished him.

When he turned thirteen, the community's placement committee sent him to study far from home in the hope that he would find himself. Unfortunately, he fell into the care of a supervisor who was notorious in our community, and that supervisor stifled him at every turn. He criticized him for the smallest things and sometimes accused him unjustly. He often demeaned him, never gave him a moment of praise to make him feel he had value, barred him from the yeshiva's organized outings, and continually grilled him about every choice he made [sic.- .sentence.cuts.off].

Yehuda didn't want to upset mother who wasn't in good health (she suffered from heart failure)—so he hardly ever spoke at home about what he was enduring in the yeshiva.

In the community where he grew up, there was an obsession that no two boys be found alone together, they must never travel alone in pairs, nor sit on the same bed, for fear they might do something improper.

The same notorious supervisor would shadow Yehuda relentlessly, grilling him every couple of days to see if anything was amiss. Over those four years of study in Arad, Yehuda felt constantly threatened and unwelcome.

Later, when he grew older and enrolled in Yeshiva Gedola in Jerusalem, Yehuda discovered that the same mashgiach had sent word ahead, warning the new yeshiva to "keep a close watch" on him. So Yehuda arrived hoping for a fresh start, only to find himself starting on the left foot at a new yeshiva where he had so hoped to start on the right foot at a new place.

Eventually, Yehuda decided to give up on yeshiva life and returned home. Mother loved Yehuda with all her soul, she encouraged him and believed in him. Home wasn't easy

either, so he went out into the workforce. He did not shy away from anything and the simple fact of being paid for his labor gave him a sense of purpose and self-worth that he had so desperately needed.

Yehuda began working at a shoe store in Jerusalem. Yehuda served customers with genuine sensitivity and generosity. Time and again, warm greetings came back from the patrons Yehuda assisted there, everyone appreciated him. He memorized each customer's shoe size and name by heart. Not long after, Yehuda started selling teeth-whitening strips: he advertised, plastered posters, and shipped his product all across Israel. It convinced him that he needed to be independent and earn a lot.

From there, Yehuda and a friend launched an advertising magazine called Crystal. The magazine thrived, and he went on to organize a sales fair at Jerusalem's Binyanei HaUma, bringing all the bridal shops together in one place.

That fair still takes place once a year to this day.

Yehuda married six years ago. He found his wife on his own. He didn't wait for matchmakers to set him up. He learned firsthand that if you want something, you have to take action yourself. He wed the love of his life, and together they've had two sons.

Yehuda is Superman—he's the one supporting the household financially. His wife doesn't know how much money is in the bank; she trusts him implicitly.
Every day Yehuda comes home to prepare dinner and put the children to bed. He reads them a story and listens to them with deep emotion. In the morning he takes five-year-old [redacted] to school (Yehuda found him the best school in the city, even though it's much more expensive), and he also takes [redacted] to the caregiver every morning. Many times I've video-called him when he dropped off [redacted] at the babysitter, and I'm amazed at how he pays attention not only to the child but to the caregiver as well.

Yehuda often goes out with his wife on trips and for quality time; he invests in many heart-to-heart conversations with her, and together they've built a warm, loving home.

Yehuda moved forward and helped many projects grow. For example, I personally have a shop selling ready-made Shabbat meals. For many years I invested heavily in the business, but I lacked guidance and direction. I turned to Yehuda, and Yehuda devoted himself entirely to me for four years. He came to my home several times for precise strategy meetings, suggested a fitting name for the shop that would attract customers, planned the style of presentation, and advised which dishes to feature.

He secured exceptionally low price quotes for us for everything the business needed—disposable supplies, printing, and more. He even accompanied us several times to Tel Aviv to track down the perfect serving ware for each dish.

He also personally cultivated warm relationships with clients, giving them individualized attention, genuine compliments, and the right word at the right moment—something that greatly contributed to the business's success. In light of all this, the venture was built from the ground up and firmly established. Yehuda's positive energy gave me a powerful drive and spurred immense development.

After that, Yehuda and a friend opened a butcher shop. He sourced exceptionally rare cuts not commonly found in Israel, and he distinguished himself with impeccable cleanliness and especially reliable, speedy customer service. His shop was organized and spotless—clean as a pharmacy.

Simultaneously, Yehuda began producing boutique, high-end events and was compelled to sell the butcher shop. Yehuda approaches every venture with absolute perfection, so he couldn't sustain two businesses at once.

In producing these events, he works wonders through his unique connections, every client quickly becomes a personal friend. Yehuda is always attentive, provides precise solutions, and thus has built around him a wide circle of loyal, engaged patrons.

Yehuda never wavers from the price he gives a client, even if he needs to add extra items, and I've personally heard this firsthand from several clients who experienced it. Everywhere I go—when people learn I'm Yehuda's brother—they approach me with immense enthusiasm, send warm greetings, and praise the service, the standards, and the personal attention he provides.

Beyond his businesses – Yehuda has always been - and remains - the brother who supports and helps everyone. My older sister was coping with her son's cancer diagnosis, and for a year and a half Yehuda helped her with shopping for Shabbat and holiday meals, cooked for them, and lifted their spirits. He came to play music many times at the hospital for our nephew. Yehuda is always the first call when you need someone to listen—he's a master at lending an ear, and only then does he offer words of encouragement, humor, and reassurance.

Our mother was ill for years with heart disease; sadly, she passed away almost two years ago. Mother was frail and spent a great deal of time at Tel Hashomer Hospital. Yehuda would take her regularly to her doctor's appointments, and even during stretches when he didn't have a car, Mother would ride the bus—and when she got off, she'd find Yehuda waiting with a taxi so she wouldn't have to walk from the stop.

Yehuda would go to the pharmacy for her—never even considering that other brothers or sisters could do it. Yehuda also organized family gatherings at our parents' home, preparing copious amounts of food for everyone and arranging engaging activities for all, all to bring joy to our ailing mother.

In the final two weeks of our mother's life, Yehuda never left her side, and her passing left an enormous void in him. Even today, Yehuda makes a point of visiting our mother's grave every two weeks, where he pours out his heart and prays for our father and the rest of the family.

Yehuda has done deep work on himself. He's often sought out help, has a high level of self-awareness, and never stops demanding of himself the pursuit of perfection and purity of character. I'm amazed by his achievements, and I can see that every day in his calendar is filled with blessed deeds.

I hope I've managed to convey at least some of what's in my heart.

Yaakov Dov Ringel, [redacted]

[redacted]

יהודה אחי עבר חיים מאתגרים ולא קלים

בראשית חיינו כילד בבית, אבינו היקר, לצערי סבל ממצבי רוח קיצוניים, כאש רוב ילדותי אני זוכר אותו כאיש קפדן וללא מצב רוח, בשבתות וחגים וכל הזמנים בהם מקיימים ארוחות חג משפחתיים, אבא נהג לפרוש למיטתו ולא להשתת, איתנו, אבא לא דיבר עם אמא במשך שבועות ארוכים ואז היה משלים איתה, אנחנו שריחמנו על אמא, כעסנו עליו מאוד, אף פעם לא היה לנו קשר עמוק עם אבא, הוא גם לא התעניין אצלינו על העובר עלינו, מאחר והוא היה שרוי בדיכאון, יהודה נולד בתקופה מאוד קשה לאבא מבחינה פיננסית ומבחינה נפשית כך שיהודה ספג מאבא הצקות ועלבונות, בסעודות שבת וחג אבא היה צוחק עליו שהוא אוכל הרבה ובחוסר נימוס, אמו כן הוא היה משווה אותו לילדים אחרים בני גילו ותובע ממנו להידמות להם, הוא נהג לצעוק ולהעניש אותו תכופות.

כאשר נהיה בן 13, ועדת שיבוץ בקהילתנו שלחו אותו ללמוד הרחק מהבית בתקווה שהוא יבנה את עצמו, אבל לצערנו הוא נפל לידי משגיח הידוע לשמצה בקהילתנו ואותו משגיח הצר את צעדיו, העיר לו על כל דבר, והאשים אותו לעיתים שלא בצדק, היה מרבה לרדת לו לחייו ולא פירגן לו להרגיש שהוא שווה משהו, הוא הדיר אותו מטיולים מאורגנים של הישיבה, והיה מרבה לחקור אותו על כל צעד ושעל

יהודה לא רצה לצער את אמא שלא הייתה בקו הבריאות (אמא סבלה מאי ספיקת לב) ולכן הוא כמעט לא סיפר בבית את אשר עובר עליו בישיבה.

בקהילה שבו יהודה גדל, יש אובססיה שלא יימצאו 2 בחורים בחדר לבד, או שלא ייטילו 2 לבד, לא יישבו על מטה אחת כדי שלא יבוא לעשות מעשים לא יפים יחדיו

אותו משגיח היה מרבה לעקוב אחרי יהודה ולתחקר אותו כל יומיים אם היה איתו משהו לא בסדר. יהודה הרגיש מכך מאוים ולא רצוי ב4 שנות לימודיו בערך

לאחר מכן כשהתבגר ועלה לישיבה גדולה בירושלים, הוברר ליהודה שאותו משגיח העביר מסר לישיבה החדשה שייפקחו על יהודה היטיב, וכך יהודה התחיל על רגל שמאו ישיבה חדשה, בזמן שהוא כל כך קיווה שיתחיל במקום חדִש על רגל ימין,

בשלב מסוים יהודה החליט שהוא מוותר על החיים בישיבה וחוזר הביתה, אמא אהבה את יהודה אהבת נפש, חיזקה אותו והאמינה בו, בבית לא היה לו קל, והוא ייצא לשוק העבודה, הוא לא בחל בכלום, והעובדה שמשלמים לו לעבוד נתנה לו סיפוק והערכה עצמית – שכל כך הייתה חסרה לו.

יהודה התחיל בחנות נעליים בירושלים, יהודה שירת לקוחות ברגישות ובנדיבות, קיבלתי כל פעם דרישת שלום חמה מלקוחות שיהודה שירת שם, כל כך נהנו ממנו, הוא זכר מידות של נעליים של לקוחות בעל פה, זכר את שמותם, לאחר מכן יהודה התחיל למכור מדבקות להלבנת שיניים, פרסם, תלה מודעות, ושלח כל הארץ מדבקות, זה הביא אותו להחלטה שהוא חייב להיות עצמאי ולהרוויח הרבה.

משם יהודה פתח מגזין פרסום בשם "קריסטל" יחד עם חבר שלו, המגזין הצליח, הוא יזם יריד מכירות בבנייני האומה בירושלים בו יתאגדו כל החנויות לצרכי כלה.

היריד הזה מתקיים עד עצם היום הזה אחת לשנה

יהודה התחתן לפני 6 שנים, את כלתו הוא מצא לבדו, הוא לא חיכה ששדכנים יציעו לו, הוא למד על בשרו שאם רוצים משהו, חייבים לפעול ב2 ידיים. יהודה התחתן עם אהובת ליבו, ונולדו להם 2 בנים

יהודה הוא סופרמן, הוא מכלכל את הבית, אשתו לא יודעת כמה כסף יש בבנק היא סומכת עליו ביניים עצומות. יהודה מגיע כל יום הביתה להכין ארוחת ערב, ולהשכיב את הילדים, הוא מקריא להם סיפור, ומקשיב להם ברגש רב, בבוקר הוא לוקח את [redacted] בן ה5 לבית ספר, (יהודה חיפש לו את הבית ספר הכי טוב בעיר – למרות שזה הרבה יותר יקר) וכן הוא וקח כל בוקר את [redacted] למטפלת, הרבה פעמים אני שיחת וידאו אתו כאשר הוא לוקח את [redacted] לבייביסיטר ואני נפעם איך שהוא נותן תשומת לב לא רק לילד אלא גם למטפלת.

יהודה יוצא הרבה עם אשתו לטיולים ולזמן איכות, הוא משקיע הרבה שיחות נפש עם אשתו והם בנו בית חם ואוהב

יהודה התקדם ועזר להרבה פרויקטים לגדול, לדוגמא, אני אישית יש לי חנות למכירת אוכל מוכן לשבת, במשך שנים רבות השקעתי רבות בעסק אבל היה חסר לי ליווי והכוונה, פניתי ליהודה ויהודה הקדיש את כל כולו למעני במשך 4 שנים. הוא הגיע לביתי מספר פעמים לפגישות אסטרטגיות מדויקות, הציע שם מתאים לחנות שימשוך לקוחות, תכנן את צורת ההגשה, וייעץ אילו מאכלים יוצגו

הוא השיג עבורנו הצעות מחיר זולות במיוחד לכל הדרוש לעסק: מוצרי חד-פעמי, הדפסות, ועוד, הוא אף נסע איתנו מספר פעמים לתל אביב כדי לאתר את כלי ההגשה המדויקים לכל מאכל

בנוסף, הוא עצמו יצר קשרים חמים עם הלקוחות, נתן להם יחס אישי, מחמאות, והמילה הנכונה בזמן הנכון – דבר שהשפיע רבות על הצלחת העסק, לאור כל זאת – העסק קם מן היסוד והתבסס היטב. האנרגיות החיוביות של יהודה נתנו לי דרייב חזק והובילו לפיתוח עצום.

לאחר מכן, יהודה פתח עם ידיד חנות בשר, הוא השיג חלקים מאוד לא נפוצים בישראל, והצטיין בניקיון ובשרות לקוחות אמין ומהיר במיוחד, החנות שלו הייתה מסודרת ונקייה כמו בית מרקחת.

בד ובד יהודה התחיל להפיק אירועי בוטיק, אירועיי יוקרה, ונאלץ למכור את החנות, יהודה עושה דברים בשלמות ולכן לא יכל להחזיק ב2 העסקים גם יחד

בהפקת האירועים הוא עושה חיל עם הקישורים המיוחדים שלו, כל לקוח הופך במהרה לחבר אישי. יהודה תמיד קשוב, נותן מענה מדויק, ובכך יצר סביבו מעגל רחב של לקוחות נאמנים ועוקבים

יהודה לא זז ממחיר שנותן ללקוח, גם אם הוא נצרך להוסיף דברים, כך אני אישית שמעתי מכמה קליינטים שיהודה כך נהג איתם. בכל מקום שאני הולך – כששומעים שאני אח של יהודה – אנשים ניגשים אליי בהתלהבות עצומה, שולחים ד"ש חם, ומשבחים את השירות, הרמה, והיחס האישי שהוא נותן

מעבר לעסקיו – יהודה תמיד היה ותמיד נשאר האח שתומך ועוזר לכולם, אחותי הגדולה התמודדה עם בן שחלה בסרטן, במשך שנה וחצי יהודה עזר לה עם קניות לשבתות וחגים, היה מבשל להם, ומשמח אותם, הגיע לנגן פעמים רבות בבית חולים לאחיין שלנו, יהודה תמיד הטלפון הראשון כשצריך אוזן קשבת, הוא אלוף בלהקשיב, ורק אז הוא נותן מילות עידוד, הומור, וחיזוק

אמא שלנו הייתה חולה במשך שנים במחלת לב, היא לדאבוננו נפטרה לפני קרוב לשנתיים, אמא הייתה חלשה ומבלה הרבה בבית החולים תל השומר, יהודה היה לוקח אותה קבוע לתורות אצל רופאים, וגם בתקופות שלא היה לו רכב, אמא הייתה נוסעת באוטובוס, וכשירדה מהאוטובוס הייתה מגלה שיהודה מחכה לה עם מונית כדי שלא תצעד ברגל מהתחנה,

יהודה היה הולך בשבילה לבתי מרקחת, הוא אף פעם לא עשה חשבון שיש עוד אחים ואחיות שיכולים לשעות את זה, וכך יהודה גם היה מארגן מפגשים משפחתיים בבית של אבא ואמא, כשהוא מכין אוכל ברוויח לכולם, מגן ומכין פעילות מעניינת לכולם, הכל כדי לשמח את אמא החולה.

בשבועיים האחרונים לחייה של אמא, יהודה לא מש ממיטתה, ופטירתה הותירה בו חלל עצום, עד היום יהודה נוהג לעלות אחת לשבועיים לקברה של אמא, שם הוא פורק את אשר על ליבו, ומבקש ומתפלל עבור אבא והמשפחה

יהודה עשה עבודה עם עצמו, הוא הלך הרבה לעזרה, יש לו מודעות אישית גבוהה, והוא לא גומר לתבוע מעצמו להגיע לשלמות וטוהר מידות, אני משתומם מההישגים שלו, ואני נוכח לראות שכל יום בלוח השנה שלו מלא בעשייה מבורכת

אני מקווה שהצלחתי להביע מקצת רחשי ליבי

יעקב דב רינגל, [redacted]

Yosef Ringel

[redacted]

My dear brother Yehuda has gone through many stages and milestones in life. His path has never been strewn with roses, even from early childhood. Yehuda is the son of a father who suffers from deep depression and took no part in the children's lives or their schooling.

Yehuda struggled with excess weight, and from a young age both **his father** and his friends mocked him for it.

I remember coming home for weekends during my teens and being horrified by Father's treatment of Yehuda. Sometimes Father ignored him completely, locking him in a room for hours while everyone else sat at the Shabbat meal. Yehuda cried, and we siblings were too afraid of Father to help. Father even slapped Yehuda in synagogue because he was not praying from a siddur, while Father chatted with a friend during the service.

Whenever Father lacked money for the grocery, he sent Yehuda to buy personal items on credit and tell the shopkeeper to put it on the tab. The shopkeeper always shouted at Yehuda.

Father saw Yehuda as a failure compared with boys his age. He made Yehuda read newspaper stories aloud, laughed at every reading mistake, and said, "That never happens to the neighbor your age."

We had a divorced neighbor with twin boys Yehuda's age. Father doted on them, bought them sweets, and let them sit on his lap in synagogue, while he refused to talk to Yehuda and forbade them to share their treats with him.

Each time Yehuda ate something Father shouted, "Enough, you are fat enough already."

If anything spilled at the table, Yehuda was the first to get a slap, even before Father checked who was to blame.

Yehuda was afraid to sit near Father and preferred the far end of the table, but Father called him to sit beside him. During the meal Father often hid Yehuda's drink or plate, laughed when Yehuda searched for it, and we had to laugh along because we dared not show Father his behavior was absurd.

In general, Father never felt well and had back issues, and made us feel that he was difference because he was unwell, and led us indirectly to understand that his health depended on the care Mother and the children gave him. Part of his punishment was

making us feel guilty when he felt unwell, and Yehuda suffered first when Father decided to ignore him.

On the thirty-minute walk to synagogue Father sometimes disappeared halfway there. Yehuda panicked that Father had disappeared, thinking something had happened. When Yehuda reached the synagogue he found Father sitting happily. Back at home Father yelled that Yehuda had supposedly abandoned him and that he had nearly fallen. At other times he claimed to have no sense of balance (Father invented new health problems every so often), etc., each time a different tale.

Father was also dependent on Yehuda and the other children. He would not go to synagogue without him. He had a fear of appearing in public, he needed one of the children with him. But once he felt settled among people he mocked Yehuda with crude words and laughed at him in front of his friends (thinking this perhaps earned him approval by making fun of his kids) at the yeshiva.

(As a side note, the educators in the community's schools Yehuda attended had to submit a monthly report to the administrators, detailing whom they spoke with and what they worked on, so Yehuda became an "easy kill" for filling out those reports, as you will see below.)

After his bar mitzvah he was sent to a yeshiva in Arad, far from home, so he could disconnect from the household and focus on Torah study in a better atmosphere.

It was in fact during the very years when a person forms his character, that Yehuda received degrading treatment from a mashgiach [translator's.note¿a.form.of.supervisor?often.with. religious.connotations] who hounded him relentlessly, knowing no one would defend Yehuda. The mashgiach often called Yehuda to his room, left him waiting outside for hours while Yehuda trembled with fear, and when Yehuda finally entered the "educator" asked, "What did you want?" Yehuda answered that he wanted nothing. The mashgiach then berated him, shouting, "Why do you want nothing? Do you have no ambitions?"

They often spoke with him about the prohibition against masturbation in Judaism and tormented him with intrusive questions that served no purpose.

From there he went on to a yeshiva in Jerusalem. The same "educator" alerted his colleagues not to forget to keep harassing him, because he was an easy target. They followed his every trip outside the yeshiva, demanded explanations, and regularly rummaged through his closets, so he felt no one trusted him at all.

In the end he found himself outside the yeshiva framework and had to return to his parents' home. A loving mother waited for him, but Father, with his own difficulties, shouted at him

often and kept making endless demands, from coffee every half hour to taking off his socks, all without any respect or sympathy.

Faced with all this, Yehuda decided, “If I am not for myself, who will be for me?” He began therapy, opened every wound until it healed, and with tremendous willpower lifted himself up from the dust. He went to work in a shoe store; the owner gave him full authority, and every customer praised his kindness and the buying experience they had when Yehuda served them.

Yehuda has a younger brother who studied in yeshiva and received match proposals. In our community it is not customary to marry before an older sibling, but Yehuda realized that working rather than learning would make it hard for him to find a match. In his goodness he asked his brother not to wait for him and allowed him to marry first.

Afterward Yehuda met Shevi and married her. Together they built their home and were blessed with two wonderful children, into whom he and his wife pour their whole lives.

[redacted] their five-year-old son, is noticeably wise and mature for his age. His many conversations with his father foster this growth. Despite the demanding work of managing exclusive catering and event production, Yehuda invests in his children and never lets it cut into father-child quality time. He sits with them, talks and plays, and opens doors to knowledge and emotional as well as intellectual intelligence. Yehuda listens to his children with deep empathy and an intuitive grasp of a child’s heart. For them he is the central, dominant presence.

It is no surprise that [redacted] now wears a profound sadness on his face as he misses his devoted father. Little [redacted] keeps calling, “Father,” and searches for him again and again.

This is in addition to pouring great effort into his marriage. Yehuda takes care of his wife without pause, never ignores a call from his wife, even when absorbed in work. He plans surprise outings, sometimes abroad, sometimes a single night in a hotel, to nurture their relationship. At family gatherings he is often seen peeking behind the partition to make sure his wife feels comfortable and, if needed, to help with one of the children. He never sits down to eat until he has checked that she is seated and at ease.

Yehuda founded an upscale catering company. Every client who books an event is taken by his calm, dedicated manner and by the perfect gathering he delivers. He is known as a man whose word can be trusted. At one event I attended, two extra waiters were suddenly needed. Yehuda paid for them out of his own pocket because he had already set a price with the host and would not go back on it.

As the older brother I can say first-hand how often he rushes to help me.

When he calls to check on me and hears I am under pressure as I also run a catering service, within minutes he shows up beside me in the kitchen, ready to help sort goods for delivery. When purchasing products, he is humble, rolls up his sleeves, and even scrubs my kitchen.

More than once he has spotted a sale on items I use, phoned to ask whether I need anything, bought the products, and delivered them right to my kitchen door.

He always does everything he can to ease my load, even with his busy schedule. He searches for suitable workers and once even gave up hours of his best employee so that worker could come to my place for a few hours each day to lift my business, and so on.

And we still have not mentioned that he is the driving spirit of the family. He always brings inspiration, confidence, and joy to everyone. A family gathering without him is felt in every corner. He delights everyone with his music, always prepares excellent food for all, and, above all, his humor lifts everyone a step off the ground. He is the one who starts a dance with everyone and adds little touches only he can. With him each person feels like an only brother. He always listens to others and tries to help in every area.

Yehuda has never harmed anyone. More than once he waived debts owed to him to avoid quarrels and strife.

So it was when he sold the butcher shop he built with his own hands to a friend. The friend stopped making the payments, and when Yehuda asked for the balance he still considered the buyer's financial situation.

In light of everything stated here:

For about a month now he has been behind bars, and our family is consumed with grief. Yehuda is at the height of his success, and we fear that this sad turn of events will make it hard for him to return to his blessed routine and will rob him of his joy in life.

We trust and rely on the justice system to study Yehuda's case and to be impressed by his fairness and honesty.

Signed with profound sorrow,
His older brother
Yossi Ringel, 48
Petah Tikva
[redacted]

יוסף רינגל

פתח תקוה, רחוב בן אליעזר 1

ישראל

אחי היקר יהודה עבר הרבה תחנות בחייו וציוני דרך לא מעטים. דרכו לא הייתה סוגה בשושנים כבר מקטנותו. יהודה בן לאבא שסובל מדיכאון עמוק, ולא היה מעורב בחיי הילדים ובנעשה עמם במוסדות הלימודים.

יהודה סבל מעודף משקל **ואביו** וחבריו לעגו לו מגיל קטן עקב עודף המשקל שלו.

זכור לי משנות בחרותי, הגעתי הביתה בסופי שבוע, ונחרדתי מהיחס של אבא כלפי אחי יהודה, לפעמים נוכחתי לראות שאבא מתעלם מיהודה כליל, אבא היה סוגר אותו בחדר למשך שעות, בזמן שכולם סועדים סעודת שבת, ויהודה היה בוכה, ואנחנו האחים פחדנו מאבא ולא יכולנו להציל את יהודה. אבא היה נותן ליהודה סתירות בבית הכנסת כי הוא לא התפלל מתוך סידור, בו בזמן שאבא היה משוחח עם חבר בשעת התפילה.

כל פעם שלא היה לאבא כסף לשלם למכולת, הוא היה שולח את יהודה ליקנות לו דברים אישיים שהוא צריך ושיהודה יבקש מהמוכר לרשום, המוכר קבוע היה צועק על יהודה

אבא ראה ביהודה כילד לא מוצלח לעומת השכנים בני גילו, אבא היה מבקש מיהודה לקרוא לו סיפורים מעיתון, ותוך כדי היה צוחק על טעויות קרי שלו, ותוך כדי נוקט שם של הילד השכן ואומר, "לשכן בן גילך זה לא קורה"

הייתה לנו שכנה גרושה, היה לה 2 בנים תאומים בגיל של יהודה, אבא אהב אותם, וקירב אותם, קנה להם מיני מתיקה והם היו יושבים עליו בבית הכנסת בזמן שלא היה מדבר עם יהודה ומרחיק אותו ולא מרשה להם לחלוק איתו את הממתקים

כל פעם שיהודה אכל משהו אבא צעק עליו "אולי דיי?" "אתה מספיק שמן"

כשישבנו על יד שולחן לארוחה ונשפך משהו על השולחן, יהודה הראשון שקיבל סטירת לחי לפני שאבא שם לב בכלל מי אשם

יהודה היה מפחד לשבת על יד אבא, והיה מעדיף לשבת בקצה השני של השולחן, אך אבא היה קורא לו לשבת על ידו, וכך תוך כדי ארוחה אבא היה מעלים ממנו פעמים רבות את הכוס שתיה או את הצלחת, ואז כשיהודה לא הבין איפה זה נעלם אבא צחק ואנחנו היינו חייבים לצחוק עם אבא כי לא העזנו לתת לו להבין שזה אבסורד מה שהוא עושה

בכלל, אבא כל חייו גם לא הרגיש טוב, היה לו בעיות גב, ואבא נתן לנו הרגשה שהוא חריג מכולם כי הוא לא בקו הבריאות, והוא נתן לנו להבין באופן לא ישיר שמצב בריאותו משתנה בהתאם לייחס שאמא והילדים נותנים לו. וחלק מהעונש שהוא יהיה נותן זה שנרגיש אשמים אם הוא לא הרגיש טוב, ויהודה הראשון ששילם על כך בזה שאבא התעלם ממנו.

כשאבא צעד עם יהודה לבית כנסת במרחק 30 דקות הליכה, אבא היה נעלם לו באמצע הדרך, ויהודה פחד שאבא נעלם ומי יודע מה קרה לו, וכשיהודה הגיע לבית הכנסת הוא ראה את אבא יושב ומבסוט, כשאבא חזר הביתה הוא צעק על יהודה כביכול הוא זה שברח לו בדרך והוא כמעט נפל לפעמים הוא טען שאין לו שיווים משקל (אבא היה ממציא בעיות בריאותיות כל תקופה) וכו' כל פעם סיפור אחר

בד בבד לאבא גם היה תלות ביהודה ובשאר הילדים, הוא לא היה הולך לבית הכנסת בלעדיו, הוא היה חושש מלהופיע בציבור, הוא היה צריך את אחד הילדים איתו, אבל כאשר כבר הרגיש בנוח בציבור היה יורד לחיי יהודה במילים בוטות, וצוחק עליו בפני חבריו (הוא חשב אולי שמעריכים אותו שהוא מסתלבט על הילד)

בישיבה.

(במאמר מוסגר, המחנכים במוסדות הלימוד של הקהילה בה יהודה למד, מחויבים היו להגיש כל חודש דו"ח למנהלי המוסדות עם מי הם שוחחו, ועל מה הם עבדו, ולכן יהודה היה להם טרף קל למלא את הדו"ח כפי שנביא כאן)

לאחר הבר מצווה כשנשלח ללמוד בישיבה בעיר ערד הרחק מהבית במטרה להתנתק מהבית ושיהיה פנוי ללמוד תורה באווירה טובה.

דווקא בשנים החשובות בהן האדם בונה את אישיותו, יהודה קיבל יחס משפיל ומבזה מאחד המשגיחים שירד לחייו בצורה שלא תאמן מאחר והוא יידע שאין מי שידרוש את דמו של יהודה. הוא היה קורה לעתים קרובות ליהודה לחדרו, נותן לו לחכות שעות מחוץ לחדר ויהודה היה רועד מפחד מי יודע מה רוצים ממנו, וכאשר נכנס לחדרו של ה"מחנך" המחנך שאל אותו "מה רצית", ויהודה ענה שלא רצה כלום, או אז המחנך ירד לחייו וצעק עליו "מדוע אינך לא רוצה כלום? אין לך שאיפות"?

היו מרבים לדבר איתו על איסור אוננות ביהדות, והיו מציקים לו עם שאלות פולשניות שאין בהם תועלת

משם המשיך לישיבה בירושלים כאשר אותו "מחנך" דואג לעדכן את חבריו המחנכים שם שלא ישכחו גם הם להמשיך להציק לו, מאחר והוא קורבן קל. הירבו לעקוב אחריו ולדרוש ממנו תשובות על כל סיבוב שהיה עושה מחוץ לכותלי הישיבה, חיטטו בארונות שלו על בסיס קבוע, וכך הוא הרגיש שלא נותנים בו טיפת אמון.

וכך הוא מצא את עצמו מחוץ למסגרת הישיבה, כאשׁר הוא נאלץ לחזור לבית ההורים, שם חיכתה לו אמא אוהבת, ועם זאת אבא עם התמודדויות לא פשוטות, אבא היה מרבה לצעוק עליו, ולבקש ממנו בקשות ללא הרף, מלהכין לו קפה כל חצי שעה, עד להוריד לו גרביים, והכל מתוך חוסר כבוד וללא סימפטיה אליו כלל.

ואז מתוך כל הקושי הזה, יהודה החליט "אם אין אני לי מי לי" ולקח את עצמו לטיפול, פתח את כל הפצעים עד לריפויים המלא וכך עם יכולת רצון עצומה הקים את עצמו מעפר והלך לעבוד בחנות נעליים, שם בעל הבית נותן לו את כל הסמכויות וכל באי החנות מחמיאים על טוב ליבו ועל חווית הקניה שהייתה להם כשיהודה שירת אותם.

ליהודה אח קטן ממנו, שלמד בישיבה והציעו לו שידוכים. אצלינו לא מקובל לעקוף אח, אבל יהודה שהבין שהעובדה שהוא עובד ולא לומד יקשה עליו למצוא שידוך, ביקש בטוב ליבו מאחיו הקטן שלא יחכה לו לשידוך והוא מוותר לו להתחתן לפניו

לאחר מכן יהודה זכה להכיר את שבי וזכה להינשא אליה, יחדיו הקימו את ביתם וזכו ל2 ילדים נהדרים. אשר הוא ואשתו משקיעים בהם את כל חייהם

[redacted] בנם בן ה5 חכם ובוגר מכפי גילו באופן משמעותי וזה בגלל השיחות הרבות שיש לו עם אביו ולמרות עבודתו התובענית בניהול קייטרינג והפקת אירועים אקסקלוסיבי הוא משקיע בילדיו ודואג שזה לא יהיה על חשבון זמן איכות של אבא – ילד. הוא יושב איתם משוחח ומשחק איתם ומנגיש להם ידע ואינטליגנציה בכל תחום, רגשי ושכלי, יהודה הוא האוזן קשבת לילדיו, והוא ניחן ברגש עמוק ובהבנה לנפש הילד, וכך הוא מהווה לילדיו מרכז ודומיננטיות

לא פלא שכעת על פניו של [redacted] עצב תהומי בגעגועיו לאביו המסור. גם [redacted] הקטן לא מפסיק לקרא אבא ולחפשו שוב ושוב

וזאת בנוסף להשקעה הרבה בזוגיות . יהודה דואג לאשתו ללא הרף, אין אצלו מושג לא להרים את הטלפון כשהאישה מתקשרת, גם כאשר הוא עמוק בעבודה. הוא יוזם טיולים בהפתעה עם אשתו, פעמים בחו"ל ופעמים במלון לילה אחד, כדי לתת זמן לזוגיות. במפגשים משפחתיים ובשמחות משפחתיות יהודה קבוע נצפה מציץ למחיצה לבדוק מה שלום אשתו ולראות שהיא מרגישה בנוח ושנעים לה ואם אולי צריכה עזרה עם אחד הילדים. אף פעם לא מתיישב לאכול עד שבודק שאשתו יושבת ומרגישה בנוח

יהודה הקים קייטרינג מפואר שכל לקוח שמזמין אירוע מוקסם מהאופי הנינוח והמסור של בעל הבית ומהאירוע המושלם שמקבל, יהודה ידוע כאש אמין שאפשר לסמוך על מילה שלו, הייתי עד לארוע שיהודה הפיק, והיה צריך להוסיף עוד 2 מלצרים ויהודה שלים זאת מכיסו מאחר והוא כבר סגר מחיר עם בעל השמחה

אני כאח גדול יכול לומר באופן אישי כמה פעמים הוא נחלץ לעזרתי

לעיתים כשהוא מתקשר לדרוש בשלומי ושומע שאני בלחץ היות שגם אני מנהל קייטרינג, תוך דקות ספורות אני מוצא אותו לצידי במטבח מציע עזרה בחלוקת הסחורה לחנויות. בקנית מוצרים, הוא מתנהג בענווה ומפשיל שרוולים לנקות לי את המטבח

לא פעם כשיהודה רואה מבצעים באחת החנויות על מוצרים שאני מבשל הוא מתקשר אלי אם אני צריך משהו, הוא רוכש עבורי ומביא לי את הסחורה עד לפתח המטבח

תמיד הוא עושה ככל יכולתו להקל עלי למרות סדר יומו העמוס אם זה בחיפוש אחרי עובדים ראויים עד כדי כך שהסכים לוותר על שעות של העובד הכי מוצלח שלו כדי שיבוא לכמה שעות כל יום להרים את העסק שלי ועוד ועוד...

ועדין לא נגענו בזה שהוא הרוח החיה במשפחה. תמיד נותן השראה ביטחון ושמחת חיים לכולם. אירוע משפחתי בלעדיו מורגש בכל פינה, באשר הוא משמח את כולם בנגינה שלו, הוא תמיד מכין אוכל משובח לכולם ובעיקר חוש ההומור שלו שמרים את כולם טפח מעל הקרקע, הוא תמיד ייזום ריקוד יחד עם כולם ועוד כל מיני תכסיסים שרק הוא מומחה בהם. כל אחד מרגיש אצלו כאח יחיד. תמיד קשוב לזולת ומנסה לסייע בכל תחום

יהודה מעולם לא פגע באיש, לא פעם שהוא וויתר על כספים שהיו חייבים לו כדי לא לעשות ריב ומדון

כן היה כאשר הוא מכר את חנות הבשר שהקים בעשר אצבעות לחברו שקנה את החנות, חברו הפסיק את התשלומים ולאחר שיהודה ביקש את שאר הכסף התחשב במצב הכלכלי של הקונה.

לאחר כל האמור כאן

כחודש שהוא יושב בכלא תחת סורג ובריח ומשפחתינו לא יודעת את נפשה מצער

יהודה כעת בשיא פריחתו, אנו מפחדים שהאירוע העצוב אליו נקלע ייקשה עליו לחזור לסדר יומו המבורך, וייפגע בשמחת חייו

אנו בטוחים וסומכים על מערכת המשפט שתלמד את יהודה, ותתרשם מהגינותו, ויושרו

החותם בכאב עצום

אחיו הגדול

יוסי רינגל 48

פתח תקווה [redacted]

Malka Schwartz / Yehuda's sister
Malka Schwartz
[redacted]

To whom it may concern,

I would like to share a little about my brother Yehuda from my youth, to describe the background and surroundings in which he grew up, what he faced in life, and how he managed to rise, shake the dust from himself, and rebuild.

Our father was not a healthy man. He suffered greatly from back pain, but even more from mental struggles: depression, anxiety, and a split personality, as I will explain in this letter.

Father slept for many hours during the day and rarely mixed with other people.
He adopted a lifestyle in which he claimed he couldn't perform even the smallest physical task and would usually ask Yehuda to serve him at every turn, remove his socks, help him put on an undershirt, lift him from the bed, and much more, sometimes even unzip his trousers.

When Father was around other people he managed fine and took care of himself perfectly. He simply became dependent when he was with the children. Father also liked to frighten Yehuda. Mother suffered from heart disease. In the early years of her illness we didn't know exactly what it was, she was just somewhat weak. Each time Mother went to the doctor for a routine check-up she went quietly so the children wouldn't know (Father offered no support). To Mother's displeasure, Father would tell Yehuda that Mother was in the hospital and might have the cursed disease [translator's.note¿slang.for»cancer‹ ].and that no one knew how much time she had left. Needless to say, Yehuda would suffer a panic attack on the spot, and Father would simply disappear. Only when Mother came home did she have to calm Yehuda and assure him she was fine.

A few years ago our eight-year-old niece was in a minor accident. Yehuda was at school, happened to phone home to check in, and Father answered. He told Yehuda a disaster had struck the family and enjoyed stringing him along, refusing to say what had happened. For several minutes Yehuda begged for details. Only then did Father claim the niece was in critical condition, even though she had already been sent home with just a light injury.

Father liked drawing negative attention at family meals by shaming Yehuda in front of everyone. He would make him stand and read aloud from an old book with no vowel marks. Yehuda who struggled with reading, had to continue, and at every mistake Father laughed and drew the other children in to laugh with him.

We had a divorced neighbor with two children Yehuda's age. Father spoiled them, felt sorry for them, and took them to synagogue, while barely exchanging a word with Yehuda. On top of that, he invited them to Shabbat meals and kept flattering them, saying, "Show Yehuda how to eat," or "Teach Yehuda how to help his father." Yehuda grew jealous and withdrew into himself.

I remember such a situation when I ran to the bathroom and cried my heart out because of the pain Father caused Yehuda.

Yehuda at times asked for an extra serving of food and Father wouldn't allow it to be brought to him, so Yehuda went to the kitchen and ate there, another portion, and Father followed him, discovered he had gone to the kitchen to eat, laughed at him loudly, and, in the worst case, slapped him.

From a young age Yehuda endured hostile and violent treatment from Father, who disliked him because of his learning challenges and his weight, and he constantly received remarks and even ongoing neglect, while Mother protected him as best she could, though Yehuda knew that afterward Mother would receive criticism from Father.

Father used to send Yehuda to borrow money from neighbors; Yehuda was twelve and terribly embarrassed, Mother offered to go instead, but Father insisted that he go.

Father wouldn't give Yehuda money for the bus to school, and Yehuda often had to walk about forty minutes on foot.

Yehuda, for his part, tried to win Father's affection any way he could. He cooked for him, cleaned his office, and once in a while Father might toss him a rare compliment such as "not bad."

And if Yehuda wanted new clothes, he had to butter Father up with good food or ice cream. I recall several times Father gave Yehuda money to buy a holiday outfit, Yehuda was thrilled, but the next morning Father asked for the money back.

**Yehuda** struggled badly with reading and couldn't keep pace with the rest of the class, which also hurt his progress in other subjects.

Several times a week Mother took him to a center that specializes in teaching reading, and, after long, persistent effort, he finally learned to read properly.

Yehuda also had severe attention-deficit issues that were never professionally diagnosed, so he spent many hours outside the classroom because he didn't take part in lessons or answer questions.

Father never attended parent-teacher meetings or contacted the teachers, so they felt no one was looking out for him and freely sent him out of class.

Because of low self-confidence Yehuda had a hard time socially and, at times, was ostracized by most of his classmates.

In his teen years Yehuda went to study at a yeshiva in Arad, far from home, yet out of love and concern for Mother he tried to visit often to cheer her up, even though dealing with Father was, as I've noted, almost unbearable for him.

At the yeshiva, Yehuda faced many rigid social codes. Certain expressions belonged only to the elite boys in the sect, and only those who felt they were in the top league felt comfortable using them. Yehuda, lacking self-confidence, never felt he could belong to the group of outstanding students. The boys had to wear a black outer garment all day, go to bed at 9:30 p.m., and obey many other strict rules. Discipline had to be absolute, without exception. Yehuda struggled to adjust at first, and the mashgiach of the yeshiva, notorious in the sect, decided to "educate" him with a heavy hand. For four years Yehuda endured deliberate abuse. Even after he managed to align himself with the yeshiva's rules, the mashgiach did not relent. He summoned Yehuda to his room and tormented him with trick questions. One story Yehuda often told: the mashgiach would call him in and ask, "What did you want?" Yehuda would answer that he wanted nothing, and the mashgiach shouted at him and humiliated him, saying, "Why do you not want anything? Do you want to grow up like your father?" The mashgiach frequently spoke to him about matters of kedusha.or.in our terms, the ban on masturbation, yet he interrogated Yehuda about it, making him feel as if he knew every thought in Yehuda's mind and all his struggles. Yehuda was left feeling threatened, frightened, and unwelcome before G-d.

When Yehuda moved up to the Yeshiva Gedola in Jerusalem, the same mashgiach from the small yeshiva briefed his colleagues there on how to treat Yehuda. Instead of starting fresh, Yehuda felt they watched him at every step, noting each run to the grocery or a simple trip home. They gave him no basic trust, and he already lacked any self-confidence.

Yehuda felt that the Yeshiva Gedola was harming him and decided to leave and work. He changed his clothing, trimmed his beard, and tried not to reveal that he belonged to a Hasidic community.

It should be noted that Yehuda told Father nothing of what he endured in yeshiva. Father was not the right person to talk to, and he kept it from Mother so she wouldn't worry.

Yehuda started working in a shoe store, succeeded greatly, and finally felt valued, both he and his work. He felt he could contribute.

He forged new friendships, launched an advertising magazine that was very successful at the time, and opened a small professional hat-cleaning business, involving Mother so she could gain satisfaction and some income.

Meanwhile Yehuda's younger brother was approaching twenty, and Yehuda felt bad that his brother Pini would have to wait until Yehuda married.

Since he dressed a little differently from the rest of the family and was no longer studying in yeshiva, which our community frowns on and which can delay a match, Yehuda urged his younger brother Pini not to wait for him, as is customary, but to move ahead with a match before him.

Because of everything he had endured, Yehuda suffered terrible anxiety and occasional panic attacks that left him collapsed.

He could easily have fallen into depression and despair, yet emotional therapy and medication slowly put him back on his feet.

At the same time he began seeing a professional to shed his low self-image. Yehuda invested heavily, paying a personal coach to guide his growth and help him overcome the hardships of his youth. He also underwent gastric bypass surgery and lost a dramatic amount of weight.

Later Yehuda found his bride, Bat-Sheva, on his own. He had initially asked Bat-Sheva about another girl, but she grew enthralled with Yehuda and the rest is history.

After the wedding, following his wife's suggestion, Yehuda saw a neurologist, received medication for attention-deficit issues, and discovered an entirely new world.

Yehuda took odd jobs, never turning anything down, so he could fund therapy and also help his mother, to whom he felt he owed his world. Step by step he opened a butcher shop in Bnei Brak with a partner. They renovated the space and began selling rare, premium beef cuts. The shop became well known for spotless cleanliness, friendly service, and quick deliveries. More than once I saw Yehuda send packages of meat and poultry to needy families at no charge, without letting them know he was the donor. That's typical of Yehuda.

At every family event Yehuda organized to cheer up our ill mother, Yehuda covered all the meat expenses himself.

Later he began producing events where he also cooked, because he loves cooking. He named the business in English "Meat You." Clients are very satisfied. Yehuda builds strong branding on every platform and uploads polished WhatsApp posts. Yehuda runs events in an outstanding way, treating all the staff, the cooks, the waiters, everyone, with great

respect. He is a master at keeping employees disciplined while rewarding and praising each one. The events are professional and calm, the business gained an excellent reputation, and Yehuda had to sell the butcher shop so he could focus on Meat You. He sold the shop to his partner. A financial issue arose, yet Yehuda valued the friendship more and waived a very large debt. For Yehuda, life's values matter more than money; I can attest to that.

Yehuda and Bat-Sheva have two sons: [redacted] age five, and [redacted], age two.

Yehuda invests in his children like no one else. He dresses them in the morning, feeds them, and drives them to preschool.

He never skips quality time. In the evening he plays with them, reads stories, takes them to the park, and puts them to bed, leaving only when they fall asleep. Even at his busiest he keeps this routine, giving them attention and teaching them values and love.

He often plays music and sings with the boys, dances with them, and fills the house with joy. He always says he wants the children to grow up in a happy home as **a corrective experience for what he went through**.

Yehuda maintains an open emotional dialogue with his wife and children. It is important to him to hear and understand their daily experiences. He takes regular walks with his wife and is involved in every detail of her personal and work life. He listens, advises, and supports all the way.

The children's kindergarten teachers are amazed by their emotional intelligence. [redacted] the older boy, impresses everyone, smart for his age and remarkably sensitive to others.

When Yehuda called us from the detention center, he made sure the information would be conveyed to his children responsibly, without hurting them. He cares deeply that the situation be explained to them in the most suitable way and that they be reassured.

He also asked his wife to buy clothing, because they actually came to America for a wedding.

I wish to personally attest that I was right next to Yehuda when he paid his brother's clothing costs for the wedding. I saw him cover wedding expenses out of his own pocket. Yehuda helped my sister when she held a bar-mitzvah: he produced the entire event for her free of charge, because their financial situation was poor.

Yehuda accompanied Mother throughout her years of illness. He spent whole nights at her side in Tel Hashomer Hospital. Even when Mother begged him to go home, he did not want her left alone. Yehuda played music for her and for the other cardiology patients. The

doctors were always glad when Yehuda arrived. He brought a tray of chocolates for the entire medical staff.

Despite the difficult relationship with Father, Yehuda visits him once a week, sits and talks with him, fills his refrigerator with good things, and every fourth Shabbat stays the whole day with Father, together with his wife Bat-Sheva and their two children.

Yehuda has a sharp sense of humor, which helped him survive hard days. He judges others favorably and looks at life in a positive light.

Yehuda still has many dreams to fulfill. We trust him and his judgment. I personally like to consult with him and invite him to my home.

We are a very close family. We speak almost every day with all the relatives. We miss Yehuda very much right now and worry about him, his well-being, and his family.

מלכה שוורץ/ אחות של יהודה

Malka Shwartz

[redacted]

אני רוצה קצת לספר על אחי יהודה משנותיו הצעירות, קצת להסביר את הרקע והסביבה בה גדל, ועם מה הוא התמודד בחייו, ואיך הוא הצליח לקום ולהתנער ולהשתקם מעפר

אבא שלנו לא היה איש בריא, הוא סבל הרבה על הגב, אבל יותר מכך סבל נפשית מדיכאונות, מחרדות, ומפיצול אישיות כפי שאספר על גבי מכתב זה

אבא ישן שעות רבות במשך היום, ומיעט לצאת ולבוא בין קהל אנשים, הוא סיגל לעצמו אורח חיים שהוא איננו מסוגל לעשות פעולות פיזיות שדורשות מינימום מאמץ והיה מבקש לרוב מיהודה לשרת אותו על כל צעד ושעל, להוריד לו גרביים, לעזור לו ללבוש גופיה, לעזור לו לקום מהמטה ועוד רבות, לפעמים גם לפתוח לו את הריצ'רץ' של המכנסיים.

יצוין, שכאשר אבא היה בין אנשים הוא הסתדר היטב ושירת את עצמו מצוין, הוא פשוט פיתח תלות כאשר היה בין הילדים. אבא גם אהב להפחיד את יהודה, למשל, אמא הייתה חולת לב. בשנים הראשונות לחוליה לא ידענו בדיוק מה יש לה היא רק הייתה קצת חלשה, וכל פעם שאמא הלכה לרופא לבדיקה שגרתית היא הלכה בשקט כדי שהילדים לא ידעו (כמובן ללא אבא – הוא לא תמך בה). למורת רוחה של אמא - אבא היה מעדכן את יהודה שאמא בבית חולים וייתכן שיש לה את המחלה הארורה, ולא יודעים כמה זמן נותר לה. מיותר לציין שיהודה באותו רגע היה מקבל התקף חרדה, ואבא פשוט נעלם מהשטח, ורק כאשר אמא חזרה הביתה, אמא הייתה צריכה להרגיע את יהודה שהיא בסדר

לפני כמה שנים אחיינית שלנו בת 8 עברה תאונה קטנה, בזמן שיהודה היה בבית הספר, והוא במקרה התקשר הביתה לשמוע מה חדש, ואבא הרים את הטלפון ואמר לו שקרה אסון במשפחה ואבא נהנה למתוח אותו בטלפון, ולא להגיד לו מה קרה, ובמשך כמה דקות יהודה התחנן מאבא שיספר לו מה קרה, רק כעבור כמה דקות אבא אמר שהאחיינית במצב קריטי בעקבות תאונה, בזמן שהאחיינית כבר שוחררה לביתה עם פציעה קלה בלבד

אבא היה נהנה לקבל תשומת לב שלילית מהמשפחה בעיקר בארוחות משותפות, על ידי שהוא היה מבייש את יהודה בפני כולם, לדוגמא, הוא היה מבקש לו לעמוד ולהקריא מתוך ספר ישן ללא נקודות סיפור בקול רם, ויהודה שהתקשה בקריאה היה נאלץ לקרוא, ועל כל טעות אבא היה ממש צוחק וגורר איתו עוד כמה ילדים שיצחקו.

היה לנו שכנה גרושה ולה 2 ילדים בגיל של יהודה, אבא היה מפנק אותם, מרחם עליהם ומקרב אותם, הולך איתם לבית הכנסת, ועם יהודה לא היה מחליף מילה, יתירה מזו, אבא גם היה מזמין אותם לסעודות שבת ולא גומר להגיד להם בחנופה, "תלמדו את יהודה איך אוכלים" או "תלמדו את יהודה איך צריך לעזור לאבא" ויהודה היה מקנא בהם ומסתגר בתוך עצמו

זכורה לי סיטואציה כזו שרצתי לשירותים ובכיתי את נשמתי מרוב צער שאבא גורם ליהודה

יהודה לעתים קרובות היה מבקש תוספת אוכל ואבא לא הסכים שיגישו לו, או אז יהודה היה הולך למטבח ואוכל שם עוד מנה, ואבא היה הולך אחריו ומגלה שהוא הלך למטבח לאכול, הוא היה צוחק עליו בקול, ובמקרה הפחות טוב היה מוריד לו סתירה

יהודה עבר מגיל צעיר יחס עוין ואלים מאביו שלא אהב אותו בשל קשיין, מראהו השמן, ובאופן תמידי קיבל הערות, ואפילו התעלמות מתמשכת ,בעוד שאמא מגוננת עליו ככל יכולתה, למרות שיהודה הבין שאמא תקבל הערות מאבא.

אבא היה שולח את יהודה להלוות משכנים כסף, יהודה היה אז בן 12 והוא כל כך התבייש, אמא הציעה שהיא תלך במקומו, ואבא התעקש שהוא יילך.

אבא לא היה נותן ליהודה כסף לאוטובוס לבית ספר, ויהודה נאלץ פעמים רבות ללכת ברגל מרחק של כ40 דקות.

יהודה מצידו ניסה לקבל מאבא אהבה בכל צורה שהוא, הוא היה מכין לו אוכל, מנקה לו את המשרד, לפעמים הוא יכול היה לזרוק ליהודה מילה טובה כגון "לא רע"

ואם יהודה היה רוצה בגד חדש, הוא נאלץ להתחנף לאבא עם אוכל טוב או גלידה, זכורה לי כמה פעמים שאבא נתן ליהודה אחד כסף לקנות בגד לחג, יהודה היה כל כך נרגש, אבל בבוקר אבא ביקש חזרה את הכסף

**יהודה** התקשה מאוד בלימוד הקריאה, ולא השיג את קצב שאר הכתה, וכך גם זה השפיע רבות על השתלבותו בתחומים האחרים בכתה

מספר פעמים בשבוע אמא הייתה נוסעת איתו למכון שמתמחה בלימוד קריאה, ולאחר מאמץ ארוך וממושך הצליח ללמוד את הקריאה כדבעי

בנוסף, יהודה סבל מהפרעת קשב וריכוז קשה ומעולם לא אובחן בצורה מקצועית, ושעות רבות היה מבלה מחוץ לדלת הכיתה מאחר ולא היה משתתף בשיעורים ולא עונה על שאלות

אבא מעולם לא השתתף באסיפות הורים, לא יצר ייצר קשר עם המורים, כך שהמורים לא הרגישו שמישהו דואג לו, והרגישו בנוח להוציא אותו מהכיתה

וכך בעקבות חוסר הביטחון עצמי, יהודה התקשה מאוד בחברה ואף תקופות מסוימות סבל מחרם חברתי ע"י רוב חברי הכיתה.

בשנות בחרותו יהודה נסע ללמוד בישיבה בעיר ערד הרחק מהבית, אבל באהבתו ודאגתו לאמא ,השתדל לבוא הרבה כדי לשמח את אמא, זאת למרות שההתמודדות עם אָביו הייתה קשה עד בלתי נסבלת עבורו כפי שציינתי.

בישיבה. בישיבה של יהודה ישנם הרבה קודים חברתיים נוקשים ,אם זה סגנון ביטויים ששייכים רק לבחורים האליטה בתוך החסידות, ורק בחורים שמרגישים שהם בליגה הגבוהה, מרגישים בנוח להשתמש בביטויים החסידיים האלו, אבל יהודה עם חוסר הבטחון שלו אף פעם לא הרגיש שהוא יכול להיות שייך לקבוצה של הבחורים המצטיינים בישיבה, הבחורים חייבים ללבוש בגד עליון שחור במשך כל שעות היום, וכן זמן שינה בשעה 9:30 בערב, ועוד הרבה תקנות נוקשות, ומשמעת חייב להיות במיליון אחוז ללא שום יוצא מן הכלל. יהודה חווה קשיים בהתאקלמות בתחילת הדרך, ומשגיח בישיבה ידוע לשמצה בחסידות החליט "לחנך" את יהודה ביד קשה, מני אז, במשך 4 שנים יהודה עבר התעללות מכוונת כלפיו, גם כאשר יהודה כבר הצליח ליישר קו עם כללי וחוקי הישיבה, אותו משגיח לא הרפה ממנו, הוא היה קורא לו לחדרו, ומענה אותו בשאלות מתקילות, אחד הסיפורים שיהודה היה מרבה לספר, זה שהמשגיח היה קורא לו ושואל אותו ,מה רצית, ויהודה השיב שהוא לא רוצה כלום, או אז המשגיח היה צועק עליו ומבייש אות ו באומרו, מדוע אינך לא רוצה כלום? רוצה לגדול כמו אבא שלך? המשגיח היה מרבה לדבר את ו על ענייני קדושה שזה אומר בשפה שלנו איסור אוננות, אבל הוא היה מרבה לתחקר אותו בעניין ונותן לו הרגשה רעה, כאילו שהוא יודע כל מה שעובר ליהודה בראש, ומכיר את כל הניסיונות שלו, וכך גורם ליהודה להרגיש מאוים, מפוחד, ולא רצוי כלפי השם.

וכך כאשר יהודה עלה לישיבה גדולה בירושלים, אותו משגיח מישיבה קטנה דאג לתדרך את חבריו המשגיחים בישיבה גדולה, איך לנהוג עם יהודה, ואכן במקום להתחיל דף חדש בישיבה החדשה, יהודה הרגיש שמחפשים אותו על כל צעד ושעל, שמו עליו עין על כל יציאה שלו למכולת או נסיעה פשוטה הביתה הלוך חזור, לא נתנו לו אמון בסיסי, מאחר והוא גם היה חסר ביטחון מוחלט.

יהודה הרגיש שהישיבה גדולה לא עושה לו טוב, והחליט לצאת לעבוד, הוא שינה את לבושו, שיפץ את זקנו, והשתדל לא להסגיר את העובדה שהוא שייך לקהילה חסידית.

יצוין, שכל מה שעבר על יהודה בשנות לימודיו בישיבה הוא לא סיפר לאבא, אבא לא היה כתובת, ולאמא הוא לא סיפר כדי לא לצער אותה.

יהודה התחיל לעבוד בחנות נעליים, הוא מאוד הצליח, והרגיש שהוא סוף סוף נמצא במקום שמעריכים אותו ואת עבודתו, ויש לו מה לתרום מעצמו.

יהודה התיידד עם חברים חדשים, ופתח מגזין פרסום שמאוד הצליח בשעתו, תוך כדי גם פתח עסק קטן לניקוי כובעים במקצועיות, בניקוי כובעים הוא גם שיתף את אמא, כך שלאמא יהיה סיפוק, וגם הכנסה .

בינתיים אחיו הצעיר של יהודה כבר הגיע קרוב לגיל 20, ויהודה הרגיש רע שאחיו פיני יחכה עד שהוא יתחתן

מאחר והוא קצת שונה בלבושו מכל המשפחה, וכן גם לא לומד בישיבה, שזה לא מקובל בקהילה שלנו וזה עלול לעקב לו שידוך, אז יהודה הפציר באחיו הצעיר פיני שלא יחכה לו עם שידוך כפי שמקובל אצלינו, אלא יעקוף אותו.

בעקבות כל הקשיים שעבר, יהודה חווה חרדות איומות כשמידי פעם היה חווה התקף חרדה שמוטטתו אותו לגמרי

יהודה בקלות יכול היה ליפול לדיכאון וייאוש אך אסף את עצמו ע"י טיפולים רגשיים וטיפול תרופתי לאט לאט קם על רגליו

בד בבד יהודה התחיל ללכת לאיש מקצוע שיעזור לו להתנקות מהדימוי העצמי הנמוך שהיה לו, ואכן יהודה עשה עבודה עם עצמו, שילם כסף רב למלווה אישי שיעזור לו בהתפתחות האישית, ולהתגבר על הקשיים שהיה לו בצעירותו. כמו כן יהודה עבר ניתוח לקיצור קיבה והוריד ממשקלו באופן דרמטי

לאחר מכן ,יהודה מצא את כלתו בת שבע בכוחות עצמו, הוא בירר אצל בת שבע על בחורה אחרת, אבל בת שבע התלהבה מיהודה והשאר היסטוריה

לאחר נישואיו יהודה הלך בהכוונת אשתו לנוירולוג וקיבל טיפול תרופתי של לבעיית קשב וריכוז ומאז הכיר עולם חדש לגמרי

יהודה החל לעבוד בעבודות מזדמנות ולא בחל בשום עבודה ע"מ שיוכל לממן עבורו טיפולים רגשיים וכן לסייע גם לאימו – לה הרגיש שהוא חב את עולמו, ומפה לְשם יהודה פתח אטליז בעיר בני ברק, ויחד עם שותף אחלו לשפץ את המקום והחלו מוכרים חלקי בקר נדירים ויוקרתיים. החנות נהפכה לשם דבר, באשר החנות הייתה נראית בית מרקחת בניקיונה, בשירותה האדיב ללקוחות, ומשלוחים מהירים. לא פעם נוכחתי לראות את יהודה שולח מארזי בשר ועופות למשפחות מעוטי יכולת ללא כסף, ובלי שיידעו שהוא שלח את הסחורה – זה יהודה

בכל אירועים משפחתיים שיהודה אירגן כדי לשמח את אמא החולה, יהודה לקח על עצמו את כל הוצאות הבשרים

לאחר מכן יהודה התחיל להפיק אירועי ם כאשר הוא עצמו גם מבשל, הוא מאוד אוהב לבשל יהודה נתן לעסק שם באנגלית מיט יו, הלקוחות מאוד מרוצים, יהודה עובד על מיתוג חזק בכל הפלטפורמות, וכן מעלה סטטוסים מושקעים לווצאפ. יהודה מנהל את האירועים בצורה יוצאת דופן ,תוך כדי שהוא מכבד בצורה נפלאה את כל הצוות, את הטבחים את המלצרים וכו', הוא אלוף להחזיק את העובדים עם משמעת, וגם לתגמל אותם ולהחמיא לכל אחד. וכך הוא מפיק אירועים בצורה מקצועית ורגועה, העסק צבר מוניטין רב, ויהודה נאלץ למכור את חנות הבשר ולהתמקד רק במיט יו, וזה העסק העיקרי של יהודה כיום. יהודה מכר לשותפו את חנות הבשר, נוצר ביניהם עניין כספי, אבל יהודה העדיף את החברות ביניהם וויתר על חוב מאוד גדול, ערך החיים אצל יהודה חשוב מכל, גם אם צריך לוותר על הרבה כסף, וזה אני יכולה להעיד

ליהודה ובת שבע נולדו 2 בנים, [redacted] בן 5, [redacted] בן 2

יהודה משקיע בילדיו בצורה שאין לה אח רע, הוא מ לביש אותם בבוקר, מאכיל אותם, ומוציא אותם לגנים

הוא לא מוותר על שעת איכות איתם, וכן בערב, הוא יושב לשחק איתם, מקריא להם סיפורים, יוצא איתם לגינה, ומשכיב אותם ללילה ועוזב את מיטתם רק כאשר הם נרדמים, וגם בזמנים העמוסים ביותר שלו הוא לא מוותר על משימה זו ,כאשר הוא מעניק להם שעת איכות ,ומקנה להם ערכים ואהבה

יהודה מרבה לנגן ולשתף את הילדים בשירה ,כמו כן מרבה לרקוד איתם ולהכניס אווירה שמחה בבית, הוא תמיד אומר שהוא רוצה שהילדים יגדלו בבית שמח **כחוויה מתקנת על מה שעבר**

יהודה דואג באופן קבוע לשיח רגשי פתוח עם אשתו וילדיו, חשוב לו לשמוע ולהבין מה עובר עליהם ביום יום, הוא יוצא להליכה עם אשתו באופן קבוע, ומעורב בכל פרט בחייה האישיים, ובחיי העבודה שלה. הוא אוזן קשבת ויועץ מצוין, ותומך לאורך כל הדרך

הגננות של הילדים נדהמות מהאינטליגנציה הרגשית המפותחת של ילדיו, ילדו הגדול יונתן מפעים את כל רואיו, הוא חכם לבן גילו, ורגיש לזולת בצורה מעוררת השתהות.

יצוין, שכאשר יהודה ייצר איתנו קשר מבית המעצר, היה חשוב לו לשמוע שמעבירים לילדיו את המידע בצורה אחראית ושלא ייגרם להם נזק כתוצאה מכך, חשוב לו מאוד שיתווכו לילדיו את המצב בצורה המותאמת ביותר וירגיעו אותם

וכן ביקש שאשתו תערוך קניות בגדים באשר הם בעצם באו לאמריקה לחתונה

אני רוצה להעיד באופן אישי, הייתי נוכחת על יד יהודה כאשר הוא שילם לאחיו הוצאות ביגוד לחתונה, ראיתי איך הוא משלם מכיסו להוצאות החתונה, יהודה עזר לאחותי כשעשתה בר מצווה, הוא הפיק לה הכל בחינם מאחר ומצבם הכלכלי לא טוב.

יהודה ליווה את אמא כל שנות חולייה, הוא היה עושה לילות שלמים על ידה בבית החולים תל השומר, גם כאשר אמא הפצירה בו שבבקשה יחזור הביתה, הוא לא רצה שאמא תישאר לבד, יהודה היה מנגן לה ולשאר המאושפזים במחלקת קרדיולוגיה, הרופאים תמידי שמחו שיהודה הגיע, הוא היה מביא אתו פלטה של שוקולדים לכל צוות הרופאים.

למרות החיים הלא פשוטים עם אבא, יהודה עולה לאבא אחת לשבוע, יושב לשוחח אתו, ממלא לו את המקרר בדברים טובים, וכן כל 4 שבתות, הוא מגיע אל אבא לשבת שלימה, עם אשתו בת שבע ו2 הילדים

יהודה ניחן בחוש הומור מבריק ,וכך הוא הצליח לשרוד ימים לא פשוטים, הוא דן לכף זכות, ורואה באור חיובי את החיים

ליהודה עוד הרבה חלומות להגשים, אנו סומכים עליו ועל שיקול דעתו, אני אישית אוהבת להתייעץ איתו ולהזמין אותו אלי הביתה

אנחנו משפחה מאוד מאוחדת, אנו משוחחים כמעט כל יום עם כל בני המשפחה, ויהודה מאוד חסר לנו עכשיו

ואנו דואגים לו ולשלומו, ולמשפחתו

Greetings,

My name is Shmuel Yoskovitz, and I would like to share a few words about my dear friend Yehuda Ringel.

I have known Yehuda since I was fifteen, when he arrived at the yeshiva in Arad at age fourteen. From the first moment we became close, and our friendship has continued for roughly eighteen years.

Yehuda was almost the only boy from Jerusalem in a yeshiva made up mainly of students from Arad and Ashdod. Boys who came from other cities, such as Jerusalem or Bnei Brak, were usually sent there for particular reasons to study at the far off yeshiva in the Negev (Arad). Yehuda told me he had difficulties with his father at home, and on his teachers' advice he was sent to the yeshiva in Arad.

More than once, after a Shabbat at home, I saw deep sadness in Yehuda's eyes. He told me his father had not spoken a single word to him the entire Shabbat, or that his father had locked him in a room from midday until evening. It hurt him even more that his father would not speak to his mother. He described how his father would go to bed and throw his mother's bedding out of the room. I realized he lived in a very complicated home.

As I wrote, Yehuda's kindness, sincerity, and humor won me over then and still do. He has always been there to listen, to understand, and to help, whether with a thoughtful word or a practical suggestion. He never expected anything in return and never tried to "benefit" from my difficulties.

Three years ago, when I celebrated my son's brit milah, I asked Yehuda, who owns a catering business, to handle the banquet. Even though he had another large and important event that day, he made his team available to me at close to cost because he knew I could not pay his standard and fully justified rate. The meal was tasteful and high-quality, and everyone praised the catering and praised Yehuda.

Despite the hardships Yehuda, who is sensitive and kind hearted, endured in childhood, Yehuda built a wonderful home with a wife he cherishes. He cooks daily meals, gives her treats on Shabbat, and buys gifts on holidays and birthdays. His children are well mannered and clearly loved, and he invests great effort in raising them.

With his own hands Yehuda built his catering business, and its success speaks for itself. In my view that success comes from his integrity, his sincerity, and his big heart, causing his reputation to precede him.

שלום רב

שמי שמואל יוסקוביץ מבקש לכתוב כמה מילים על ידידי וחברי היקר יהודה רינגל

את יהודה אני מכיר מגיל 15 שלי, הוא היה אז בן 14 עת הגיע ללמוד בישיבה בה למדתי בעיר ערד

יהודה התחבב עליי מהרגע הראשון ומאז ועד היום (כ18 שנה) אנחנו בקשר חברי רציף

יהודה היה הבחור הירושלמי הכמעט יחיד בישיבה שהייתה מורכבת מתושבי ערד ואשדוד בעיקר, ואלו שהגיעו מערים אחרות כגון ירושלים ובני ברק היו עם סיבות מיוחדות שבשל כך נשלחו ללמוד בישיבה הרחוקה שבנגב (ערד). יהודה, כפי ששיתף אותי כחבר, חווה קשיים מול אביו בבית שבשל כך ובעצת מחנכיו נשלח כאמור לישיבה בערד

לא פעם כשיהודה היה חוזר משבת בבית, ראיתי עליו עצב גדול, הוא סיפר לי שאבא לא החליף אתו מילה כל השבת, הוא סיפר שאבא נעל אותו כל השבת מהצהרים עד ערב בחדר. הרבה פעמים ראיתי כמה הוא לוקח ללב שאבא לא מדבר עם אמא, הוא היה מספר שאבא הלך לישון והוציא את הכלי מיטה של אמא החוצה מהחדר. הבנתי שהוא עובר חיים מאוד מורכבים בבית מאוד מורכב

כפי שכתבתי, יהודה עם הטוב לב הגדול שלו, הכנות וההומור התחבב עליי מאז ועד היום ומצאתי בו אוזן קשבת לשפוך את אשר על ליבי. תמיד הוא היה שם בשביל לעזור אם זה בהבנה והכלה ואם זה בעצה טובה וידידותית שעזרה לי בהתמודדות עם אתגרי היום יום והכל ללא תמורה או רצון "להרוויח" מכך

לפני 3 שנים כשערכתי ברית מילה לבן שלי, ביקשתי מיהודה כבעל עסק בתחום הקייטרינג שיערוך לי את סעודת המצווה שלאחר הברית. יהודה כחבר טוב, ולמרות שהיה לו באותו היום אירוע גדול וחשוב אחר, העמיד לרשותי את הצוות שלו ובמחיר עלות כמעט ללא רווח והכל מפני שידע שאין לי את היכולת לשלם את המחירים שהוא דורש ובצדק על המנות שלו. ועדיין, האירוע היה בטוב טעם וברמה גבוהה ועם הרגשה טובה שכולם יצאו עם מחמאות לקייטרינג וליהודה

יהודה הרגיש וטוב הלב, למרות מה שעבר בילדותו עם אביו הצליח לדלג מעל כל המכשולים ולהקים בית לתפארת עם אשה שהוא מאוד אוהב ודואג לה, אם זה בכך שהוא מבשל ביום יום אוכל בבית, אם זה בפינוקים לשבתות או מתנות בחגים וימי הולדת, עם ילדים מחונכים לתפארת שהוא מאוד אוהב ומשקיע בהם וזה דבר שניכר לעיני כל

כמו כן, בעשר אצבעות יהודה בנה את העסק של הקייטרינג והוא רואה בזה הצלחה, והכל לדעתי בזכות היושרה והכנות והלב הגדול שלו שגורם לכך ששמו הולך לפניו

Character Reference for My Brother-in-Law of 25 Years

Yehuda Ringel

To the Honorable Court / Honorable Attorney

My name is Itzchak Zilberberg. I'm married to Rivka, Yehuda's sister. I have known Yehuda for many years—ever since I first joined the Ringel family—and from that day on a warm, loving bond formed between us. I was by his side whenever he needed a mature, supportive figure. As a child, Yehuda tended to talk a great deal, telling stories without context or a clear point; he simply needed a listening ear. My father-in-law—his father—couldn't stand it and sadly, even found "entertainment" in Yehuda's unclear speech. As Yehuda's brother-in-law, I felt deep compassion for him and was drawn to his natural charm. I tried to make up, in part, for what he lacked from his father, lavishing him with love and kindness.

Over the years, Yehuda matured, and again and again I witnessed his remarkable, evolving personality and his steady progress through life. I can say with complete confidence and great satisfaction that Yehuda has grown up to be a decent, upright man—sensitive to others, devoted to his family, and guided by a strong and deep moral compass.

Yehuda is 31 years old—and thank G-d, he is happily married and the father of two wonderful children. Anyone who knows him well understands how deeply he embraces parenthood as a true calling: he never misses an opportunity to invest in his children, to instill in them good values, to be present and involved in every aspect of their lives, and to give them a healing experience for what he himself went through.

Yehuda impressed me with several things I witnessed firsthand, and I'd like to share them with you here.

**Full pay to an employee—even when he wasn't obliged to do so**
One of his kitchen staff fell ill and missed many workdays without having any official sick days. Yehuda chose to pay him his full salary even though he wasn't required to, and Yehuda said to me about this, »He's.a.good.person?and.I.know.he.didn't.miss.work.by.choice« To my mind, this is a definitive expression of humanity, generosity, moral responsibility, and loyalty to one's employees.

**Putting family before financial gain**
Yehuda received a lucrative offer to travel abroad for two weeks to close a major deal, but chose to forgo the trip because it fell precisely during the holiday and would cost him quality time with his family. I was moved to see how carefully he weighs his decisions and never forgets what truly matters in life.

**Transparency with clients—even at a financial cost**
I was present when he felt compelled to forgo a large event because he believed it wouldn't be honest to take on a big-scale project and try something new at the expense of an unsuspecting client. I enjoyed seeing that he didn't give in to the temptation of that opportunity, even though he could have earned significant profits while the client risked losing quality.

**Daily involvement with his children—even under a heavy business load**
Despite being the owner of an active and demanding business, I see how he consistently sets aside quality time with his children: family dinners he cooks himself at home, reading a bedtime story, and daily

one-on-one conversations. This isn't just dedication—it's parental leadership and leading by personal example.

**Mentoring responsibility toward an employee who slipped up**
When an employee caused a significant loss (having forgotten a large quantity of expensive meats in the oven), Yehuda chose not to fire him, but rather to guide and mentor him. That employee went on to become one of the team's most outstanding performers—thanks to Yehuda's patient, instructional approach. This is a clear indication of caring, the ability to support others, and a genuine investment in both the work and the staff.

**Loyalty to a friend even in hard times**
When a close friend of his made a grave mistake (publishing something under Yehuda's name that harmed him), Yehuda disagreed with his actions, but he didn't turn his back. He stayed to support, guide, and help him make it right.
This is true loyalty combined with moral responsibility.

As for Yehuda's mother, my mother-in-law may she rest In peace, she suffered from heart failure, impaired kidney function, and other serious ailments. Yehuda withheld from her any bit of information that might distress her, even when I knew he was enduring difficult experiences in yeshiva and facing other less-cheerful life challenges that I witnessed. I saw how Yehuda would share only his successes with his mother, presenting a calm, serene front.

Yehuda visited his mother every week, always arriving with his arms full. He'd bring the foods his mother loved, would sit down with his father and mother for the dinner he'd prepared, and take her on walks through the neighborhood where his mother lived as a child. His mother adored those simple strolls through Jerusalem's alleyways, and Yehuda provided them to her at every opportunity.

Yehuda arranged for the whole family to gather once a month around one table to make his mother happy, and with his unique sense of humor, he brought joy and entertainment to everyone.

To this very day, Yehuda visits his father every week, treating him to delicious meals. From time to time, he also gives a tip to one of his father's foreign health aides to express his appreciation.

This is just a summary of Yehuda's good deeds.

I sincerely hope that Yehuda will continue to do good, and will keep spreading light and joy for many happy days and years to come.

We love him, appreciate the path he's taken, and are proud to see how far he has come in his life.

In summary, I testify with full conviction that my brother-in-law Yehuda is an exceptional person in his integrity, his morality, his devotion to his family, and in how he treats those around him. I do not write these words out of mere emotion, but from a deep recognition of who and what he truly is.

Respectfully,
Itzchak Zilberberg
[redacted]

עדות אופי עבור גיסי מזה 25 שנים

יהודה רינגל

לכבוד בית המשפט הנכבד / עורך הדין הנכבד

שמי יצחק זילברברג, אני נשוי לרבקי, אחותו של יהודה. אני מכיר את יהודה מזה שנים רבות, מהיום שבו נכנסתי למשפחת רינגל נרקמה ביני לבין יהודה קשר חם ואוהב, הייתי לצידו כאשר הוא היה צריך דמות בוגרת ותומכת. יהודה בילדותו הירבה לדבר, לספר סיפורים ללא הקשר ונקודה ברורה ומסוימת, הוא פשוט היה זקוק לאוזן קשבת, ואבא – חמי, לא סבל את זה, ולצערי אף חווה רגעי "בידור" מדיבורו הלא ברור של יהודה, ואני בתור גיס של יהודה ריחמתי והתחברתי אליו ולחינניות שבו, השתדלתי להשלים לו במקצת את החסר שיש לו מאבא ולהרעיף עליו אהבה וחמלה. בהמשך השנים יהודה התבגר ונחשפתי שוב ושוב לאישיותו המתרקמת ויוצאת הדופן, להתקדמות שלו במהלך החיים, ואני יכול להגיד בפה מלא וסיפוק גדול שיהודה גדל והתחנך לאדם הגון, ישר דרך, רגיש לאחרים, מסור למשפחתו, ומונחה על ידי מצפן ערכי ועמוק

יהודה בן 31, ותודה לקל - נשוי באושר, ואב לשני ילדים מקסימים. מי שמכיר אותו מקרוב יודע עד כמה ההורות עבורו היא שליחות של ממש – הוא לא מחמיץ הזדמנות להשקיע בילדיו, לחנכם לערכים טובים, ולהיות נוכח ומעורב בחייהם בכל התחומים, ומעניק להם חוויה מתקנת למה שעבר.

יהודה הפעים אותי בכמה עובדות שהייתי עד להם, ואשתף איתכם במצקת

**תשלום מלא לעובד – גם כשלא היה מחויב לכך**
אחד מעובדיו במטבח חלה והחסיר ימי עבודה רבים מבלי שהיו לו ימי מחלה רשמיים. יהודה בחר לשלם לו את מלוא שכרו אף שלא היה מחויב לכך, ויהודה אמר לי בהקשר זה
*"הוא בן אדם טוב, ואני יודע שהוא לא חיסר מתוך בחירה"*
לדעתי, זהו ביטוי מובהק לאנושיות, נדיבות, אחריות מוסרית ונאמנות לעובדים

**העדפת משפחה על פני רווח כלכלי**
יהודה קיבל הצעה משתלמת לנסוע לחו"ל לשבועיים לצורך סגירת עסקה גדולה, אך בחר לוותר על הנסיעה, מאחר והנסיעה יצא בדיוק בזמן החג ויכול היה להפסיד זמן איכות עם משפחתו
נפעמתי לראות שהוא שוקל בפלס את צעדיו וזוכר מה חשוב באמת בחיים

**שקיפות מול לקוחות – גם במחיר כלכלי**
הייתי נוכח במקרה שהוא נאלץ לוותר על אירוע גדול כי הוא הרגיש שזה לא ישר מצידו לקחת על עצמו אירוע בסדר גודל גדול, ולנסות משהו חדש עבורו על גב לקוח תמים
נהניתי לראות שהוא לא מתפתה לקחת אירוע למרות שיכל להפיק רווחים גדולים במקרה שהלקוח עלול להפסיד איכות

**מעורבות יומיומית עם ילדיו – גם בעומס עסקי**
למרות היותו בעל עסק פעיל ואינטנסיבי, אני רואה איך הוא שומר בקביעות על זמן איכות עם ילדיו – ארוחות ערב משפחתיות שהוא עצמו מבשל בבית, קריאת סיפור לפני השינה, ושיחות אישיות יומיומיות
זו אינה רק מסירות – זו מנהיגות הורית ודוגמה אישית

**אחריות מחנכת כלפי עובד שטעה**
במקרה בו עובד גרם להפסד משמעותי (עובד ששכח כמות גדולה של בשרים יקרים בתנור), יהודה לא בחר בפיטוריו, אלא בהדרכה ובחניכה. העובד האמור הפך לאחד הבולטים והמצוינים בצוות – הודות לגישה הסבלנית והמלמדת
זו אינדיקציה לאכפתיות, יכולת הכלה והשקעה אמיתית בעבודה ובצוות העובדים

**נאמנות לחבר גם בזמנים קשים**
כאשר חבר קרוב שלו טעה טעות חמורה (פרסם בשמו דבר שהסב לו נזק), יהודה לא הסכים עם מעשיו, אך לא הפנה לו עורף, הוא נותר שם כדי לתמוך, להדריך ולעזור לו לתקן
זו נאמנות אמיתית המשולבת באחריות מוסרית

לגבי אמא של יהודה, חמותי ע"ה. חמותי סבלה מאי ספיקת לב, תפקוד כליות לקוי ושאר מרעין בישין, יהודה מנע ממנה כל בדיל מידע שעלול להסב לה צער, גם כאשר ידעתי שהוא עובר חוויות לא קלות בישיבה, וכן באתגרי החיים הפחות מרנינים, שאני הייתי עד להם, ראיתי כמה יהודה מספר לאמא רק את ההצלחות שלו, ומעמיד פנים שהכל זורם על מי מנוחות.

יהודה הגיע לאמא כל שבוע, תמיד בידיים מלאות, הביא אוכל שאמא אהבה, היה יושב עם אבא ואמא לארוחת ערב שהכין, היה מוציא אותה לטיול בתוך השכונה שאמא הייתה גרה בילדותה, אמא כל כך אהבה את הטיולים הפשוטים בסמטאות ירושלים, ויהודה סיפק לה את זה בכל הזדמנות.

יהודה אירגן שכל המשפחה תתגבש אחת לחודש סביב שולחן אחד, לשמח את אמא, ועם חוש ההומור המיוחד שלו, שימח ובידר את כולם

עד עצם היום הזה יהודה מגיע מידי שבוע לאבא, מפנק אותו במאכלים טובים, מידי פעם הוא נותן טיפ לעובד זר של אבא כדי להביע את הערכתו כלפיו.

זהו רק תמצית ממעשיו הטובים של יהודה

כולי תקווה שיהודה ימשיך לעשות טוב, וימשיך להפיץ אור ושמחה לאורך ימים ושנים טובות

אנחנו אוהבים אותו ומעריכים את הדרך שעשה וגאים לראות עד היכן הגיע בחייו

לסיכום, אני מעיד בפה מלא כי גיסי יהודה אדם יוצא דופן ביושרו, במוסריותו, במסירותו למשפחתו, וביחסו לאנשים סביבו. איני כותב מילים אלו מתוך רגש בלבד – אלא מתוך הכרה עמוקה במי ומה שהוא באמת

בכבוד רב

יצחק זילברברג

[redacted]

בס"ד **1 June 2025**

**To whom it may concern,**

As Yehuda Ringel's eldest sister, I want to share the long road he traveled until he became the man he is today — a successful, happily married father of two sweet children.

Yehuda is the eighth of nine siblings. He grew up amid tension and instability, with a father who suffers from mental illness and often targeted him because he was overweight and had learning disabilities.

Although dredging up these memories that I try so hard to forget is difficult, I'll set out a few examples of what Yehuda endured, how he picked himself up, and how he rebuilt his life, pushed himself down a hard and strenuous road and today, as his big sister, I'm proud of him.

**A story I can't erase from my memory**

For a family celebration, Father once traveled from Jerusalem to Petah Tikva for Shabbat. He took twelve-year-old Yehuda, our eight-year-old brother and two small grandchildren. From Jerusalem to Petah Tikva central station requires a roundabout route: bus to Bnei Brak, another bus to the Petah Tivka central station, then a taxi to the hosts.

It was August. Father traveled with them to Bnei Brak and from there, to the Petah Tikva central station. Yehuda asked to take a taxi to their destination, but Father grew annoyed for some reason and decided they would walk, despite the blistering sun in Gush Dan. Father left Yehuda to drag a large suitcase, quickened his pace and eventually vanished – apparently to frighten the children.

Yehuda was left alone with the heavy suitcase and three children in a completely unfamiliar place. He was very scared and anxious for the children. He was also concerned for his father in case he had truly disappeared as he "was not healthy" and Yehuda was worried that he would be called to task for not being close to Father. And thus, while wracked with fear and worry and taking responsibility for the three children that were with him, he took charge, asked passers-by for directions and led the group. A 25-minute walk became more than an hour in 100 degree heat. When they finally reached the address, he saw Father was waiting, smiling and engrossed in a plate of food, radiating pleasure, while the children arrived shaken. Yehuda carried that trauma for years.

***********************************************

In the apartment opposite ours lived a divorced woman with two sons the same ages as Yehuda and his younger brother, and Father would regularly invite the neighbor's children to our home for the Shabbat meals, sit them on his knees, spoil them, give them sweets, while ignoring Yehuda and Pini, the younger brother, whose eyes burned with jealousy. This went on for several years.

Yehuda was an overweight child and teenager. He ate for comfort, coping with the struggles at home and his learning difficulties.

Father couldn't stand watching Yehuda eat, he laughed at him and sometimes took food from his plate. Yehuda got used to eating quickly or in hiding so Father wouldn't remark, and he developed severe eating disorders as a result. Only years later, when he matured, did he take matters into his own hands and undergo gastric-bypass surgery.

For several years Yehuda walked forty minutes each way to school because Father gave him no money for the bus and never cared how he managed.

In religious matters too, Father monitored Yehuda and made sure he missed no prayer. He woke him every morning with brute force and shouting so he would rise on time, while he himself never set an example of someone who prays or feels committed to the religious requirements.

When Father went to prayer he forced Yehuda to come with him, leaned on Yehuda's shoulders while groaning as though in pain, and scolded Yehuda for not matching his pace. For a child the scene was horrifying; instead of Father supporting the boy, Yehuda supported Father.

When Yehuda started working as a teenager, Father demanded to know how much he earned and forced him to pay the household living expenses, the electricity bill, water, and more.

Father often abused Mother emotionally, Mother cooked him a hot meal **every day**, and he would leave the food on the table, then tell the divorced neighbor that Mother hadn't prepared anything, and the neighbor would send him food. When Mother asked how he was, he answered, "That's none of your business," and when she didn't ask, he called his parents to complain that his wife didn't care about him. They phoned Mother to scold her, and she listened in silence, never saying a bad word about Father. In that kind of atmosphere Yehuda grew up. Yehuda and all of us showered Mother with endless love; she was the sane figure in the house.

Yehuda feared that if he married, Mother would collapse without his emotional and financial support, so he wed later than most people in our community, who marry young.

When Yehuda was twelve, Father decided he was fed up with him and, in anger, sent him to uncles he didn't know in another city—no warning, no clothes, no basic gear. Yehuda stayed there a few months, studied in a new school, and had to live in a strange, alien place. Father told the uncle not to let Yehuda phone home. Yehuda felt lonely and abandoned.

Mother, afraid of Father, didn't speak with him by phone when Father was in the house.

Since then Yehuda has suffered separation anxiety. Even after he came home he couldn't speak to Father, and his trust in Mother, who had always loved him so much, was hurt. It took a long time to rebuild that trust and to understand that Father acted on his own, disregarding Mother's opinion.

At twenty-three Yehuda met a woman who suited him and prepared for marriage after building himself up at work and gaining self-confidence despite everything he'd endured. In our community parents usually pay the couple's wedding expenses and are involved in every detail. At Yehuda's wedding Father showed no interest and gave no financial help; he arrived as a guest. Yehuda had to handle every wedding need by himself, with no support, interest, or concern for the financial and emotional burden, and again found himself completely alone.

Though surrounded by siblings who cared for him, the absence of a dominant father left scars. Only after years of psychological and psychiatric treatment did Yehuda heal, build a happy life with his wife, have children, and establish a livelihood.

Even now, when Yehuda comes with his wife and children for Shabbat to visit his widowed father, Father ignores him, doesn't speak to him, doesn't appreciate what he brings or the joy he brings with the children, as if Yehuda were air.

Father worked on the computer and did graphic-design projects for his clients. He had many satisfied customers, yet because of his lack of confidence he didn't dare ask for the full payment he deserved, and he regularly sent Mother or Yehuda to phone or go to the client to demand and bargain over the price. Although Yehuda was deeply embarrassed and opposed interfering in Father's business, he had to do it and, of course, received no thanks for it.

The sweets and snacks bought for Shabbat Father routinely hid in his closet and, only according to his whims, handed them out to the children. He sent Yehuda to the neighbor's children to give them treats for Shabbat.

Yehuda begged Father to attend parent-teacher meetings, but Father never bothered to appear, never knew or cared how Yehuda was doing academically or socially. Over the

years Father also failed to pay tuition; sometimes the school asked Yehuda about the fees, and he felt ashamed. When the children collected money for an end-of-year gift for the teacher, Yehuda had to figure out how to contribute because Father wasn't interested.

In addition to all this, Yehuda lived in constant tension because of the bad relationship between Father and Mother. Father was angry with Mother most of the time, slept in a different room, and wouldn't share the bedroom with her. At times he locked himself in the bedroom and wouldn't let Mother enter, and the children felt terrible fear and stress. Sometimes Father placed a suitcase in the middle of the house, packed his clothes in it, to frighten the children that he was about to run away.

Yehuda grew up in the shadow of permanent instability and became a child who tried to please. He sometimes tried to flatter Father so Father would be in a better mood for Mother and the children.

Yet despite everything, today Yehuda is the opposite of the father he had.

He is devoted, loving, responsible, and caring; he takes life seriously. Everything he does is guided by one thought: how to raise his own children with stability and love.

Mother arranged private tutors for Yehuda who helped him advance in his studies, and he managed to integrate socially and became charismatic and loved thanks to his gentle, very likable nature.

Even during his high-school years, the staff tended to belittle him because of his learning difficulties, yet he took charge of his life, worked various jobs to earn an honest living such as customer service in a shoe store, then moved on to special education at the "Siach Sod" institute in Jerusalem and beyond.

As a special-education teacher, the pupils grew very attached to him because he gave his all and even volunteered extra hours, so much so that when one boy's parents wanted to send him on a trip to Europe, Yehuda was chosen from the entire staff to accompany the youngster as a responsible adult for a week!

After his marriage Yehuda opened a butcher shop in Bnei Brak, a shop that flourished and succeeded, and after he moved into event production and couldn't run both, he had to sell the shop.

Yehuda is a devoted husband who supports his family with dignity and looks after them. At home he handles the household budget, the shopping, and even the cleaning. Every holiday he buys his wife a gift or piece of jewelry. He drives the children to and from school each day, leaving only once they are warmly welcomed at school and kindergarten.

His five-year-old son [redacted] was accepted to a high-level educational institution in Bnei Brak after staff were impressed by Yehuda as a serious father eager to invest in his son.

Our mother suffered from heart disease for years and passed away at 68. She often said that without Yehuda's support she couldn't hold on. Yehuda visited her several times a week from out of town to cheer her up, take her out for drives, and play his guitar for her.

He encouraged the whole family during those years, the energetic younger brother who organized family gatherings so everyone could enjoy food he prepared. He even brought rare cuts from his butcher shop: tongue, veal sweetbreads, and more, although he could have made good money selling them, since these dishes are expensive and hard to find in Israel.

Even now, with our Father ill with multiple sclerosis, Yehuda visits him regularly to lift his spirits, handles his technical needs and medical file, tips the foreign caregiver generously, and keeps Father's fridge full.

On a personal level, he was our support when my eldest son, 26, battled aggressive brain-stem cancer and passed away a year ago.

Yehuda took regular shifts at Tel HaShomer Hospital in Tel Aviv, cheered him up, and was a physical and emotional pillar for us. He spoiled the children, my husband, and me to ease the hard time—buying ready-made Shabbat meals at his own expense and staying with us, with his wife and two children, to bring joy.

He played for my son at home and in the hospital, always arriving with interesting games and screening a good film to distract us from the sorrow.

At our monthly family events Yehuda is the one who plans and runs the gatherings and the food. Everyone trusts him completely to manage everything properly, leaving nothing out.

Yehuda is the uncle all the nieces and nephews adore, and they argue over who will host him and his family for Shabbatot and holidays.

Yehuda also founded a successful boutique-catering business and manages a team with a sure hand. His clientele spans the full religious spectrum, and he even receives orders from abroad thanks to his reputation for honesty, reliability, and talent. Members of Knesset turn to him for their private events; he handles every detail, from tables, flowers, and lighting down to the smallest element.

Business owners beg him to choose to work with them.

In summary, Yehuda is the family member we cherish most. As his older sister I rely on his judgment, honesty, and integrity, and I'm amazed that, despite an especially challenging

past, he managed to rebuild his life, create a beautiful family, secure financial stability, and embrace life with seriousness.

Respectfully,

Esther Zryl (née Ringel)

[redacted]

בס"ד 01/06/2025

לכל המעוניין!

ברצוני לשתף אתכם בתור אחות בכורה של יהודה רינגל, על הדרך הארוכה שהוא עשה עד הגיעו למה שהוא היום, מצליח נשוי באושר ואבא לשני מתוקים.

יהודה השמיני מתוך תשעה ילדים, גדל בילדותו בצל מתחים ואי יציבות משפחתית, עם אבא בעל הפרעות נפשיות שבחר להציק ליהודה רבות בתור ילד שמן וקשה למידה

למרות שקשה לי מאוד לשחזר את המאורעות שאני כל כך מנסה להדחיק ולשכוח, אנסה להעלות כאן על כתב קצת ממה שיהודה עבר, ואיך הוא השתקם ולקח את עצמו בידיים בדרך קשה ומפרכת והיום אני כאחות הגדולה גאה שהוא אחי ובשרי

סיפור אחד שלא מש מזיכרוני,

אבא נסע לשבת מירושלים לפתח תקוה לרגל שמחה משפחתית, הוא לקח איתו את יהודה שהיה ילד בן 12 ואת אחיו הצעיר שהיה אז בן 8 ושני נכדים ילדים קטנים

להגיע מירושלים לפתח תקוה דורש כמה הסעות, אוטובוס לבני ברק, בבני ברק יש אוטובוס שמגיע לתחנה מרכזית בפתח תקוה, ומתחנה המרכזית לוקחים מונית עד מְקום הארוח

היה זה באוגוסט, אבא נסע איתם לבני ברק, ומשם לתחנה המרכזית בפתח תקוה, שמה יהודה ביקש מאבא להזמין מונית להגיע ליעד, אבל אבא משום מה מצא סיבה להתעצבן על יהודה, והחליט שהולכים ברגל, למרות השמש הקופחת של גוש דן, אבא השאיר ליהודה לסחוב את המזוודה הגדולה ואבא התחיל להאיץ את קצב ההליכה כדי להפחיד את הילדים, עד שבשלב מסוים הוא "נעלם" ליהודה מהאופק. יהודה נשאר עם המזוודה הכבדה ועם שלשת הילדים לבדם במקום זר לחלוטין, יהודה נורא נבהל ודאג לילדים אשר עמו, הוא גם הרגיש דאגה על אבא שמא הוא באמת נעלם והוא הרי "לא בקו הבריאות" ויהודה פחד גם שהוא עתיד לתת את הדין על שלא היה צמוד לאבא. וכך יהודה כשהוא עטוף חרדה ודאגה ולוקח אחריות על שלשלת הילדים שעמו שואל כל עובר ושב את הדרך לכתובת היעד, דרך שהייתה אמורה לקחת 25 דקות לקחה לו שעה ב100 מעלות חום. כאשר הוא מגיע ליעד, הוא רואה את אבא כבר שקוע בצלחת מאכלים, כולו מדושן עונג ומחייך להנאתו בעוד הילדים נפחדים. יהודה סחב את הטראומה הזאתי שנים אחר כך.

***************************************

בדירה ממולנו גרה אישה גרושה עם 2 בנים בגיל של יהודה ואחיו הצעיר, אבא באופן קבוע הזמין את ילדי השכנים אלינו הביתה בסעודות שבת הושיב אותם על ברכיו פינק אותם נתן להם ממתקים בעודו מתעלם מיהודה ופיני האח הצעיר שעיניהם יצאו מקנאה, דבר שנמשך כמה שנים

יהודה היה ילד ונער שמן הוא אכל אכילה רגשית לאור כל ההתמודדות שלו בבית והקשיים הלימודים

אבא לא סבל לראות שיהודה אוכל, הוא היה צוחק עליו ולפעמים לוקח לו את האוכל, יהודה התרגל לאכול בהיחבא או בסתר כדי שאבא לא יעיר לו, ופיתח בעקבות זה הפרעות אכילה קשות, רק לאחר שנים כשהתבגר והיה בשל, לקח את עצמו בידיים ועשה ניתוח קיצור קיבה

יהודה במשך כמה שנים צעד ברגל הלוך וחזור 40 דקות עד לבית ספר כי אבא לא נתן לו כסף לנסיעה וגם לא התעניין איך הוא מסתדר

גם בנושאי דת אבא עקב אחרי יהודה ודאג שהוא לא מפספס תפילה העיר אותו כל בוקר בברוטליות ובצעקות כדי שיקום בזמן לתפילה בעוד שהוא בעצמו מעולם לא היה דוגמה אישית לאדם שמתפלל או מרגיש מחויבות למצוות הדת

כשאבא הלך לתפילה היה מכריח את יהודה לבוא איתו ונשען על כתפיו תוך כדי שהיה משמיע קולות הנאחה כאילו שהוא חש כאבים ומעיר ליהודה שלא הולך בקצב שלו, בתור ילד הסיטואציה הייתה מזעזעת עבור יהודה במקום שאבא יתמוך בילד יהודה תמך באבא.

כשיהודה יצא לעבוד בעודו בחור אבא דרש לדעת כמה הוא מרוויח והכריח אותו לשלם לו הוצאות המחיה של הבית, חשבון חשמל מים ועוד.

אבא היה מרבה להתעלל באמא נפשית, אמא הייתה מכינה לו **כל יום** ארוחה מבושלת, והוא היה משאיר על השולחן את הארוחה, והיה מספר לשכנה הגרושה שאמא לא מכינה לו אוכל, והיא הייתה שולחת לו אוכל, כשאמא שאלה בשלומו הוא היה עונה לה "זה לא מעניין אותך" וכשהיא לא שאלה הוא היה מתקשר להוריו ומתלונן בפניהם שאשתו לא מתעניית בו, והם היו מתקשרים לאמא להעיר לה על כך ואמא הייתה מקשיבה בדומיה ולא עונה להם שום דבר שלילי על אבא, בכזה אוירנ יהודה גדל. יהודה וכולנו הערפנו על אמא אהבה אין סופית, היא הייתה הדמות השפוי בבית

יהודה פחד להתחתן שמא אמא תתמוטט בלא הנוכחות והתמיכה הנפשית והכלכלית שלו, והוא אכן התחתן בגיל מבוגר לעומת החברה שלנו שבה מתחתנים בגיל צעיר, כשיהודה היה בן 12 אבא החליט שנמאס לו ממנו ושלח אותו לדודים שהוא לא הכיר בעיר אחרת מתוך כעס ועצבים, ללא הכנה מוקדמת ללא בגדים וציוד בסיסי, יהודה שהה שם כמה חודשים למד במוסד חדש ונאלץ לגור במקום זר ומנוכר, אבא הורה לדוד לא לתת ליהודה להתקשר הביתה, יהודה חש בודד ועזוב

אמא פחדה מאבא, ולכן לא דיברה עם יהודה בטלפון כשאבא היה בבית
מאז פיתח יהודה חרדת נטישה גם כשחזר הביתה לא היה מסוגל לדבר עם אבא, וגם האמון באמא שתמיד כל כך אהבה אותו נפגע ולקח הרבה זמן להחזיר את האמון מחדש ולהבין שאבא עשה הכל על דעת עצמו ללא התחשבות בדעה של אמא

כשיהודה היה בן 23 הכיר בחורה שהתאימה לו והתכונן לחתונה לאחר שבנה את עצמו והתבסס בעבודה, ובטחונו העצמי עלה למרות כל מה שעבר. בחברה שלנו מקובל שההורים משלמים את הוצאות החתונה של הזוג ומעורבים בכל פרט , בחתונה של יהודה אבא לא התעניין כלל ולא השתתף כלכלית, הוא הגיע לחתונה כאורח. יהודה היה צריך לדאוג לכל צורכי החתונה בעצמו ללא שום תמיכה התעניינות או דאגה בנושא הכלכלי והרגשי ושוב מצא עצמו בודד לגמרי

למרות שהיה מוקף במשפחה אחים ואחיות שדאגו לו אבל העובדה שלא היה אבא דומיננטי בחייו הותירה משקעים שרק אחרי שנים של טיפול פסיכולוגי ופסיכיאטרי הצליח לשקם את עצמו ולחיות באושר עם אשתו ולהוליד ילדים ולהתבסס בפרנסה

אפילו כיום כשיהודה מגיע עם אשתו והילדים לשבת לאבא שהוא אלמן אבא מתעלם מנוכחותו לא מדבר איתו לא מעריך את מה שהוא מביא איתו ואת הנחת שהוא עושה לו עם הילדים, כאילו היה אוויר

אבא עבד במחשב ועשה עבודות גרפיות ללקוחו, היו לו הרבה לקוחות מרוצים אבל בגלל חוסר הביטחון שלו לא העז לבקש את הסכום שמגיע לו על העבודות ושלח את אמא או את יהודה באופן קבוע להתקשר או להגיע לבית הלקוח לדרוש ולהתמקח על המחיר, למרות שיהודה התבייש מאוד והתנגד להתערב בביזנס של אבא הוא היה חייב לעשות את זה וכמובן שלא קבל על כך שום הוקרה

את הממתקים והחטיפים שקנו לכבוד שבת הבא החביא באופן קבוע בארון שלו ורק לפי הקריזות שלו חילק לילדים אבל את יהודה הוא שלח לילדי השכנים לתת להם חטיפים לכבוד שבת

יהודה התחנן לאבא שיגיע לאסיפות הורים בבית הספר אבל אבא מעולם לא טרח להתייצב בבית הספר לא ידע ולא התעניין מה מצב הלימודים שלו ומה מצבו החברתי כמובן שאת שכר לימוד במשך השנים אבא לא שילם, ולפעמים היו שואלים את יהודה בבית ספר מה יהיה עם שכר לימוד ויהודה היה בוש ונכלם, וכשכל הילדים אספו כסף לתת למורה מתנה בסוף שנה יהודה היה צריך לשבור את הראש מאיפה לתת כי את אבא זה לא עניין

בנוסף לכל הסיפורים האלו יהודה חי במתח מתמיד בגלל היחסים העכורים שבין אבא לאמא אבא רוב הזמן היה ברוגז עם אמא ישן בחדר אחר ולא ישן איתה בחדר שינה, היו פעמים שאבא נעל את עצמו בחדר שינה ולא נתן לאמא להיכנס והילדים חוו פחד ומתח נורא, היו פעמים שאבא לקח מזוודה לאמצע הבית שם את הבגדים שלו בפנים כדי להפחיד את הילדים שהוא עומד לברוח

יהודה גדל בצל אי יציבות קבועה והיה ילד מרצה, הוא ניסה לפעמים להתחנף לאבא כדי שלאבא יהיה מצב רוח לאמא ולילדים

אך למרות כל זאת כיום יהודה הוא אבא האנטיתזה לאבא שהיה לו

מסור אוהב אחראי דואג לוקח את החיים ברצינות כל מה שהוא עושה זה הכל ממחשבה איך לגדל ילדים את הילדים שלו ביציבות ואהבה

אמא דאגה ליהודה למורים פרטיים שעזרו לו להתקדם בלימודים והוא הצליח להשתלב בחברה והפך לכריזמטי ואהוב בשל אופיו הנח והחביב מאוד

למרות שגם בשנות לימודיו בתיכון, הצוות נהג לזלזל בו בגלל היותו עם קשיים לימודים,

הוא לקח את עצמו בידיים, עבד בעבודות שונות כדי להתפרנס בכבוד, כמו שרות לקוחות בחנות נעליים, לאחר מכן התקדם לחינוך מיוחד במוסד "שיח סוד" השוכן בירושלים ועוד

בתור מורה לחינוך מיוחד, התלמידים היו מאוד קשורים אליו כי הוא נתן את כל כולו ואף נתן שעות התנדבות מעבר לעבודה, עד כדי כך שהיה נער שהוריו רצו לשלוח אותו לטיול לאירופה ויהודה נבחר מכל הצוות ללוות את הבחור בתור בוגר אחראי למשך שבוע!

לאחר נישואיו יהודה פתח חנות בשר בבני ברק, חנות ששגשגה והצליחה, ולאחר שנכנס לתחום הפקת אירועים, ולא היה ביכולתו לנצח על שניהם נאלץ למכור את החנות

יהודה בעל מסור שמפרנס בכבוד את משפחתו ודואג להם. הוא אחראי בבית על כלכלת התקציב, על הקניות, ואף על הניקיון, כל חג הוא קונה לאשתו מתנה או תכשיט. את הילדים הוא מוציא ומחזיר כל יום ללימודים ברכבו ונפרד מהם רק כאשר הם מתקבלים בסבר פנים יפות בבית ספר ובגן

הבן של[redacted]בן ה5 התקבל למוסד ברמה חינוכית גבוהה בבני ברק לאחר שהתרשמו מיהודה כאבא רציני ומעוניין להשקיע בבנו.

אמנו הייתה חולת לב במשך שנים ונפטרה בגיל 68, אמא אמרה לא פעם שאם לא התמיכה של יהודה היא לא יכולה להחזיק מעמד. יהודה היה מגיע אליה כמה פעמים בשבוע מחוץ לעיר לשמח אותה, להוציא אותה ברכבו לטייל ולנגן לה בגיטרה שלו.

הוא עודד את כל המשפחה בשנים האלו בתור אח צעיר ומלא אנרגיה, היה דואג למפגשים משפחתיים כאשר הוא דואג שכולם ייהנו מאוכל שהכין ואף היה מביא מחנות הבשר שלו חלקים נדירים למפגשים כמו לשון, שקדי עגל, ועוד, על אף שיכל היה להרוויח הרבה כסף ממכירתם מאחר והם מאכלים יקרים ונדירים בישראל

גם היום כשאבינו חולה בMS יהודה מגיע אליו קבוע לשמח אותו ודואג לצרכים הטכניים שלו ולתיק הרפואי שלו. דואג לתגמל בטיפים מכובדים את העובד הזר שמטפל באבא, ודואג להשאיר את המקרר של אבא תמיד מלא

באופן אישי הוא היווה משענת ועזרה כשהבן הגדול שלי בן 26 היה חולה בסרטן אגרסיבי בגזע המוח ולפני שנה נפטר

יהודה היה מגיע קבוע לעשות אצלו משמרות בבית חולים תל השומר בתל אביב ומשמח אותו, והיה בשבילנו משענת פיזית ונפשית, הוא פינק את הילדים ואת בעלי ואותי בלי סוף כדי להקל מעלינו את התקופה הקשה, היה קונה לנו ארוחות שבת מוכנות על חשבונו, מתארח אצלינו עם אשתו ו2 ילדיו כדי לעשות לנו שמח

היה מגיע לנגן לבנן שלי, בבית ובבית חולים, תמיד מביא אתו משחקים מעניינים ומקרין סרט טוב להשכיח מאיתנו את הצער

גם באירועים משפחתים שלנו מדי חודש, יהודה הוא היוזם והמוציא לפועל של התכנית של המפגשים והאוכל, כולם סומכים עליו בעיניים עצומות שינהל את הכל כמו שצריך בלי להחסיר שום פרט

יהודה הדוד האהוב על כל האחיינים ויש מריבות מי מארח אותו ואת משפחתו כמה שיותר בשבתות וחגים.

בנוסף יהודה הקים עסק פרטי של קייטרינג מצליח והוא מנהל צוות עובדים ביד רמה, הוא מוציא אוכל בוטיק וקהל הלקוחות שלו מגוון מכל גווני הקשת הדתית והחרדית ואפילו מחו"ל יש לו הזמנות בשל שמעו הטוב כאדם אמין ויישר ומוכשר, אפילו חברי כנסת רואים בו כתובת להפיק אירועים אישיים שלהם, הוא דואג לכל פרט משולחנות פרחים תאורה וכו' עד לפרטים הקטנים.

בעלי עסקים מתחננים אליו שיעדיף לעבוד איתם

לסיכום, יהודה הינו בן משפחה החביב עלינו, כאחות גדולה אני סומכת על שיקול דעתו, על יושרו והגינותו, ומשתוממת לראות שלמרות עברו המאתגר במיוחד, הצליח להשתקם ולבנות משפחה יפה, רווחה כלכלית ורצינות לחיים

בברכה

אסתר זריל (לבית רינגל)

[redacted]