# Exhibit C

# USSG 2G2.2 Variances 2015 – 2025 Within the Second Circuit



# USSG 2G2.2 Variances 2015 – 2025 Within the EDNY

