**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MND
F. #2025R00335

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 8, 2026

By ECF

The Honorable Ramon E. Reyes, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Yehuda Ringel
Criminal Docket No. 26-CR-44

Dear Judge Reyes:

On March 31, 2026, the defendant Yehuda Ringel pleaded guilty to Count One of the Information before United States Magistrate Judge Vera M. Scanlon, who recommended that this Court accept the defendant's plea of guilty. By this letter, the government respectfully requests that the Court accept the defendant's guilty plea. The government encloses as Exhibit A and B, respectfully, (1) a transcript of the plea hearing, during which Judge Scanlon recommended that this Court accept the plea (see Ex. A at 59:24-60:9); and (2) a proposed Order.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Molly N. Delaney
Molly N. Delaney
Assistant U.S. Attorney
(718) 254-6571

cc: Ilana Haramati, Defense Counsel (via ECF)