MND
F. #2025R00335

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

YEHUDA RINGEL,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER ACCEPTING GUILTY PLEA

26-CR-44 (RER)

IT IS THE FINDING of the Court, based upon a review of the transcript of the guilty plea of the defendant Yehuda Ringel, offered on March 31, 2026, before United States Magistrate Judge Vera M. Scanlon, that the defendant pleaded guilty knowingly and voluntarily, and that there is a factual basis supporting the defendant's plea of guilty.

IT IS HEREBY ORDERED that the guilty plea of the defendant Yehuda Ringel, offered on March 31, 2026 before United States Magistrate Judge Vera M. Scanlon, is accepted.

Dated: Brooklyn, New York
_________________, 2026

_______________________________________
THE HONORABLE RAMON E. REYES, JR.
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK