MSF
Meister Seelig & Fein PLLC

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

September 8, 2026

**VIA ECF**

Hon. Ramon E. Reyes Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 2E North
Brooklyn, NY 11201

**Re: *United States v. Yehuda Ringel*, 26-cr-44**

Dear Judge Reyes:

We represent defendant Yehuda Ringel in the above-captioned case. We write to respectfully request temporary modifications of Mr. Ringel's conditions of pretrial release to permit him to attend observances and meals for the Jewish New Year ("Rosh Hashana") at his brothers' homes, which are in the same neighborhood as Mr. Ringel's home. No unsupervised minors will attend these holiday observances.

The dates of the observances and meals at Mr. Ringel's brothers' homes are as follows:

- The first night of the Jewish New Year observance, beginning Friday September 11, 2026 at 9 p.m., and extending five and a half hours through September 12, 2026 at 1:30 a.m. This will take place at the home of Asher Ringel, Mr. Ringel's older brother.

- Mid-day observance and meal on the first afternoon of the Jewish New Year, September 12, 2026 from 1:30 p.m. through 4:30 p.m. This will take place at the home of Pinchas Ringel, Mr. Ringel's younger brother.

- The second night of the Jewish New Year observance, beginning Saturday September 12, 2026 at 9 p.m., and extending five and a half hours through September 13, 2026 at 1:30 a.m. This will take place at the home of Asher Ringel, Mr. Ringel's older brother.

- Mid-day observance and meal on the second afternoon of the Jewish New Year, September 13, 2026 from 1:30 p.m. through 4:30 p.m. This will take place at the home of Pinchas Ringel, Mr. Ringel's younger brother.

All other conditions of Mr. Ringel's bond will remain the same.

---

We have provided the addresses to Pretrial Services, and have consulted with Pretrial Serves who has no objection to these requests. We have also consulted with counsel for the government who defer to Pretrial Services' position.

Respectfully submitted,

/s/ IH
Ilana Haramati

*Counsel for Defendant Yehuda Ringel*

cc: Pretrial Services (*via Email*)