Meister Seelig & Fein PLLC

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

September 18, 2026

**VIA ECF**

Hon. Ramon E. Reyes Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 2E North
Brooklyn, NY 11201

**Re: *United States v. Yehuda Ringel*, 26-cr-44**

Dear Judge Reyes:

We represent defendant Yehuda Ringel in the above-captioned case. I write because I understand that Mr. Ringel's house presently does not have gas or hot water, and although the problem is being worked on, there is no concrete timeframe for when the problem will be resolved. Accordingly, we respectfully request temporary modifications of Mr. Ringel's conditions of pretrial release to accommodate his loss of gas and hot water, and to permit the following:

- An opportunity for Mr. Ringel to shower at his brother Asher Ringel's house this afternoon, with prior notice to PTS;
- Sabbath dinner tonight, September 18, 2026, at Asher Ringel's house from 8:30-10:30; and
- Sabbath lunch tomorrow, September 19, 2026, at Asher Ringel's house from 12:30-2:30.

All other conditions of Mr. Ringel's bond will remain the same.

We have provided the address of Asher Ringel house to Pretrial Services. We have also consulted with Pretrial Serves and counsel for the government who have no objection to these requests.

Respectfully submitted,

/s/ IH
Ilana Haramati

*Counsel for Defendant Yehuda Ringel*

cc: Pretrial Services (*via Email*)